No. 25-12370

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Florida Decides Healthcare, Inc., et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State*, et al.,
Defendant-Appellant.

Appeal from the U.S. District Court for the Northern District of Florida,
No. 4:25-cv-211-MW-MAF (Walker, J.)

## INTERVENOR-DEFENDANT-APPELLANT'S
## CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

Benjamin J. Gibson
Daniel E. Nordby
Tara R. Price
Nicholas J.P. Meros
Kassandra S. Reardon
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717

*Counsel for the Republican Party of Florida*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Intervenor-Defendant-Appellant Republican Party of Florida ("RPOF") certifies that the following have an interest in the outcome of this appeal.

1. Acosta Gaspar de Alba, Ana-Christina, *Declarant for Plaintiffs*

2. Adkins, Janet, *Defendant*

3. Aertker, Susan, *Declarant for Plaintiffs*

4. Alachua County Attorney's Office, *Attorneys for Defendant*

5. Alicea, Delmarie, *Attorney for Intervenor-Plaintiffs-Appellees*

6. Arnold & Porter LLP, *Attorneys for Intervenor-Plaintiffs-Appellees*

7. Arrington, Mary Jane, *Defendant*

8. Asparrin, Michael, *Attorney for Intervenor-Plaintiffs-Appellees*

9. Bailey, Andrew, *Amicus Curiae*

10. Baird, Maureen, *Defendant*

11. Bakkedahl, Thomas, *Defendant*

12. Bardos, Andy, *Attorney for Defendants*

13. Bartlett, Bruce, *Defendant*

14. Barton, Kim, *Defendant*

15. Basford, Larry, *Defendant*

16. Beato, Michael, *Attorney for Defendant-Appellant*

17. Bell, Melony, *Defendant*

18. Bender, Robert, *Defendant*

19. Bennette, Matletha, *Attorney for Plaintiff-Appellee*

20. Bentley & Bruning, *Attorneys for Defendants*

21. Bentley, Morgan, *Attorney for Defendants*

22. Blazier, Melissa, *Defendant*

23. Bledsoe, William, *Attorney for Defendant*

24. Bobanic, Tim, *Defendant*

25. Boettcher, Ellen, *Attorney for Intervenor-Plaintiffs-Appellees*

26. Bottcher, Susan, *Declarant for Plaintiffs*

27. Bowden Madden, Ginger, *Defendant*

28. Bridges, Jonathan, *Declarant for Defendants-Appellants*

29. Brodsky, Ed, *Defendant*

30. Broward County Attorney's Office, *Attorneys for Defendant*

31. Brown, Derek, *Amicus Curiae*

32. Bryant, Matt, *Attorney for Intervenor-Plaintiffs-Appellees*

33. Burhans Jr., Glenn, *Attorney for Intervenor-Plaintiffs-Appellees*

34. Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

35. Campaign Legal Center, *Attorneys for Intervenor-Plaintiffs-Appellees*

36. Campbell, Jack, *Defendant*

37. Carr, Chris, *Amicus Curiae*

38. Castor Dentel, Karen, *Defendant*

39. Chaires, Darbi, *Defendant*

40. Chambless, Chris, *Defendant*

41. Chandler, Debra, *Declarant for Plaintiffs*

42. Chandler, Debra, *Intervenor-Plaintiff-Appellee*

43. Chason, Sharon, *Defendant*

44. Chaudhuri, Pooja, *Attorney for Intervenor-Plaintiffs-Appellees*

45. Clark, Christopher, *Attorney for Intervenor-Plaintiffs-Appellees*

46. Conyers, Grant, *Defendant*

47. Copper, Alexandra, *Attorney for Intervenor-Plaintiffs-Appellees*

48. Corley, Brian, *Defendant*

49. Cox, Alexcia, *Defendant*

50. Cox, Meghan, *Declarant for Plaintiffs*

51. Darus, Lisa, *Defendant*

52. Davis, Ashley, *Attorney for Defendant-Appellant*

53. Davis, Caandra, *Declarant for Plaintiffs*

54. Davis, Vicki, *Defendant*

55. DeBise, Jarvis, *Declarant for Plaintiffs*

56. Democracy Defenders Fund, *Attorneys for Intervenor-Plaintiffs-Appellees*

57. Dēmos, *Attorneys for Intervenor-Plaintiffs-Appellees*

58. Dixit, Kunal, *Attorney for Intervenor-Plaintiffs-Appellees*

59. Dolan, Krista, *Attorney for Plaintiff-Appellee*

60. Doyle, Tommy, *Defendant*

61. Driggers, Heath, *Defendant*

62. Dunaway, Carol, *Defendant*

63. Durrett, John, *Defendant*

64. Earley, Mark, *Defendant*

65. Eisen, Norman, *Attorney for Intervenor-Plaintiffs-Appellees*

66. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

67. Elliot, Monica, *Declarant for Plaintiffs*

68. Ellis, Elizabeth, *Attorney for Intervenor-Plaintiffs-Appellees*

69. Emerson, Mitchell, *Plaintiff-Appellee*

70. Erdelyi, Susan, *Attorney for Defendants*

71. Escambia County Attorney's Office, *Attorneys for Defendant*

72. Farnham, Aletris, *Defendant*

73. Farrington, Scott, *Defendant*

74. Ferguson, Robert, *Attorney for Intervenor-Plaintiffs-Appellees*

75. Fernandez Gold, Sofia, *Attorney for Intervenor-Plaintiffs-Appellees*

76. Fernandez Rundle, Katherine, *Defendant*

77. Figg, Mary, *Declarant for Plaintiffs*

78. Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

79. Florida Decides Healthcare, Inc, *Plaintiff-Appellee*

80. Florida Department of State, *Attorneys for Defendant-Appellant*

81. FloridaRightToCleanWater.Org, *Intervenor-Plaintiff-Appellee*

82. Fox, Amira, *Defendant*

83. Freedman, John, *Attorney for Intervenor-Plaintiffs-Appellees*

84. Galindo, Miranda, *Attorney for Intervenor-Plaintiffs-Appellees*

85. Garcia, Alina, *Defendant*

86. Gardner Bist Bowden, *Attorneys for Defendants*

87. Gelber Schachter & Greenberg PA, *Attorneys for Intervenor-Plaintiffs-Appellees*

88. Gibson, Benjamin, *Attorney for Intervenor-Defendant-Appellant*

89. Gladson, Bill, *Defendant*

90. Grannum, Shane, *Attorney for Intervenor-Plaintiffs-Appellees*

91. Graves, Carson, *Declarant for Plaintiffs*

92. GrayRobinson PA, *Attorneys for Defendants*

93. Greenberg, Gerald, *Attorney for Intervenor-Plaintiffs-Appellees*

94. Guin, Ava, *Declarant for Plaintiffs*

95. Haller, Cynthia, *Declarant for Plaintiffs*

96. Hankins, Christi Jo, *Attorney for Defendant*

97. Hanson, Corbin, *Attorney for Defendant*

98. Hardy, Maryssa, *Attorney for Defendant-Appellant*

99. Hart, Travis, *Defendant*

100. Hass, Brian, *Defendant*

101. Hays, Alan, *Defendant*

102. Healy, Karen, *Defendant*

103. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

104. Henderson Franklin Starnes, *Attorneys for Defendants*

105. Hernando County Attorney's Office, *Attorneys for Defendant*

106. Herron, Mark, *Attorney for Defendant*

107. Herron, Michael, *Declarant for Plaintiffs*

108. Hilgers, Michael, T., *Amicus Curiae*

109. Hillsborough County Attorney's Office, *Attorneys for Defendant*

110. Hodie, Sherri, *Defendant*

111. Hoffmeyer, Lisa, *Declarant for Plaintiffs*

112. Holland, Jerry, *Defendant*

113. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

114. Hurst, Alan M., *Amicus Curiae*

115. Hutto, Laura, *Defendant*

116. Jacobs Scholz & Wyler LLC, *Attorneys for Defendants*

117. Jacobs, Arthur ("Buddy"), *Attorney for Defendants*

118. Janulis, Adam, *Declarant for Plaintiffs*

119. Jazil, Mohammad, *Attorney for Defendant-Appellant*

120. Jonas, Sarah, *Attorney for Defendant*

121. Jones, Tammy, *Defendant*

122. Jouben, Jon, *Attorney for Defendants*

123. Kahn, Jared, *Attorney for Defendant*

124. Karpatkin, Jeremy, *Attorney for Intervenor-Plaintiffs-Appellees*

125. Katzman, Adam, *Attorney for Defendant*

126. Keen, William, *Defendant*

127. Khoshkhoo, Neda, *Attorney for Intervenor-Plaintiffs-Appellees*

128. King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

129. Kinsey, Jennifer, *Defendant*

130. Klein, Spencer, *Attorney for Intervenor-Plaintiffs-Appellees*

131. Knudsen, Austin, *Amicus Curiae*

132. Kobach, Kris, *Amicus Curiae*

133. Kramer, Brian, *Defendant*

134. Labrador, Raúl R., *Amicus Curiae*

135. Lang, Danielle, *Attorney for Intervenor-Plaintiffs-Appellees*

136. Larizza, R.J., *Defendant*

137. Latimer, Craig, *Defendant*

138. Latino Justice PRLDEF, *Attorneys for Intervenor-Plaintiffs-Appellees*

139. Lavancher, Denise, *Defendant*

140. Lavia III, John, *Attorney for Defendant*

141. League of United Latin American Citizens, *Intervenor-Plaintiff-Appellee*

142. League of Women Voters of Florida Education Fund, *Intervenor-Plaintiff-Appellee*

143. League of Women Voters of Florida, *Intervenor-Plaintiff-Appellee*

144. Leeper, Simone, *Attorney for Intervenor-Plaintiffs-Appellees*

145. Leinhart, Kaitlyn, *Defendant*

146. Lewis, Lisa, *Defendant*

147. Link, Wendy, *Defendant*

148. Lopez Garcia, Yivian, *Intervenor-Plaintiff-Appellee*

149. Lopez, Susan, *Defendant*

150. Lux, Paul, *Defendant*

151. Marcus, Julie, *Defendant*

152. Mari, Frank, *Attorney for Defendant*

153. Marks Gray P.A., *Attorneys for Defendants*

154. Marshall, Steve, *Amicus Curiae*

155. Martin, Melissa, *Declarant for Plaintiffs*

156. Martin, Melissa, *Intervenor-Plaintiff-Appellee*

157. Mastoris, George, *Attorney for Intervenor-Plaintiffs-Appellees*

158. May, David, *Defendant*

159. Mays, Tianna, *Attorney for Intervenor-Plaintiffs-Appellees*

160. McCuskey, John B., *Amicus Curiae*

161. McNalis, Genevieve, *Attorney for Defendant-Appellant*

162. McVay, Bradley, *Attorney for Defendant-Appellant*

163. Meros, Nicholas, *Attorney for Intervenor-Defendant-Appellant*

164. Messer Caparello & Self PA, *Attorneys for Defendant*

165. Messer, Ryan, *Defendant*

166. Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

167. Militello, Pam, *Declarant for Plaintiffs*

168. Milligan, Michelle, *Defendant*

169. Milton, Christopher, *Defendant*

170. Mobley, Valerie, *Declarant for Plaintiffs*

171. Montenegro, Steve, *Amicus Curiae*

172. Morales, Carlos, *Declarant for Plaintiffs*

173. Morgan, Joseph, *Defendant*

174. Murphy, Hannah, *Attorney for Intervenor-Plaintiffs-Appellees*

175. Murrill, Liz, *Amicus Curiae*

176. Nabors Giblin & Nickerson PA, *Attorneys for Defendant*

177. Neal, Melissa, *Attorney for Intervenor-Plaintiffs-Appellees*

178. Nelson, Melissa, *Defendant*

179. Nguyen, Phi, *Attorney for Intervenor-Plaintiffs-Appellees*

180. Nordby, Daniel, *Attorney for Intervenor-Defendant-Appellant*

181. Oakes, Vicky, *Defendant*

182. Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

183. Olivo III, Geraldo, *Attorney for Defendants*

184. Olson Sharkey, Emma, *Attorney for Plaintiffs-Appellees*

185. Olson, Victoria, *Declarant for Plaintiffs*

186. Orjuela Prieto, Humberto, *Intervenor-Plaintiff-Appellee*

187. Osborne, Deborah, *Defendant*

188. Overturf, Charles, *Defendant*

189. Paxton, Ken, *Amicus Curiae*

190. Pennock, Amy, *Defendant*

191. Pereira Bonilla, Ramón, *Declarant for Plaintiffs*

192. Perez, Thomas, *Declarant for Plaintiffs*

193. Peterson, Warren, *Amicus Curiae*

194. Pettis, Deidra, *Defendant*

195. Pierce, Rhonda, *Defendant*

196. Pinellas County Attorney's Office, *Attorneys for Defendant*

197. Pinkstaff, Tiffiny, *Attorney for Defendant*

198. Poder LatinX, *Intervenor-Plaintiff-Appellee*

199. Price, Matthew, *Declarant for Plaintiffs*

200. Price, Tara, *Attorney for Intervenor-Defendant-Appellant*

201. Proaño, Juan, *Declarant for Plaintiffs*

202. Pryor, Harold, *Defendant*

203. Ramba, David, *Declarant for Defendants-Appellants*

204. Reardon, Kassandra, *Attorney for Intervenor-Defendant-Appellant*

205. Republican Party of Florida, *Intervenor-Defendant-Appellant*

206. Reynolds Perez, Devona, *Attorney for Defendant*

207. Rich, Shayna, *Declarant for Plaintiffs*

208. Riley, Heather, *Defendant*

209. Ritter, Quinn, *Attorney for Plaintiffs-Appellees*

210. Roehrig, Kristen, *Attorney for Intervenor-Plaintiffs-Appellees*

211. Rokita, Theodore E., *Amicus Curiae*

212. Roper Townsend & Sutphen, *Attorneys for Defendants*

213. Rosenthal, Oren, *Attorney for Defendant*

214. Ruiz, Cesar, *Attorney for Intervenor-Plaintiffs-Appellees*

215. Scheiner, Will, *Defendant*

216. Scoon, Cecile, *Intervenor-Plaintiff-Appellee*

217. Scott, Dale, *Attorney for Defendant*

218. Scott, Joe, *Defendant*

219. Seyfang, Amanda, *Defendant*

220. Shapiro, Avner, *Attorney for Plaintiffs-Appellees*

221. Shatzman, Meryl, *Declarant for Plaintiffs*

222. Shaud, Matthew, *Attorney for Defendant*

223. Shutts & Bowen, LLP, *Attorneys for Intervenor-Defendant-Appellant*

224. Simmons, Jordan, *Declarant for Plaintiffs*

225. Simmons, Jordan, *Plaintiff-Appellee*

226. Skrmetti, Jonathan, *Amicus Curiae*

227. Smart & Safe Florida, *Intervenor-Plaintiff-Appellee*

228. Smith, Diane, *Defendant*

229. Smitha, Bridget, *Attorney for Intervenor-Plaintiffs-Appellees*

230. Southerland, Dana, *Defendant*

231. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

232. Spears, Sara, *Attorney for Defendant-Appellant*

233. Stafford III, William, *Attorney for Defendant-Appellant*

234. Stafford, Ben, *Attorney for Plaintiff-Appellee*

235. State Democracy Defenders, *Attorneys for Intervenor-Plaintiffs-Appellees*

236. State of Alabama, *Amicus Curiae*

237. State of Alaska, *Amicus Curiae*

238. State of Georgia, *Amicus Curiae*

239. State of Idaho, *Amicus Curiae*

240. State of Indiana, *Amicus Curiae*

241. State of Kansas, *Amicus Curiae*

242. State of Louisiana, *Amicus Curiae*

243. State of Missouri, *Amicus Curiae*

244. State of Montana, *Amicus Curiae*

245. State of Nebraska, *Amicus Curiae*

246. State of North Dakota, *Amicus Curiae*

247. State of South Carolina, *Amicus Curiae*

248. State of Tennessee, *Amicus Curiae*

249. State of Texas, *Amicus Curiae*

250. State of Utah, *Amicus Curiae*

251. State of West Virginia, *Amicus Curiae*

252. Stearns Weaver Miller, *Attorneys for Intervenor-Plaintiffs-Appellees*

253. Steiner, Nocholas, *Attorney for Plaintiff-Appellee*

254. Stewart, Gregory, *Attorney for Defendant*

255. Stinson-Brown, Tomi, *Defendant*

256. Swain, Robert, *Attorney for Defendant*

257. Swan, Leslie, *Defendant*

258. Szilagyi, Heather, *Attorney for Intervenor-Plaintiffs-Appellees*

259. Taghdiri, Pausha, *Attorney for Defendants*

260. Tartaglia, Melissa, *Attorney for Defendants*

261. Taylor, Sherry, *Defendant*

262. Taylor, Treg, *Amicus Curiae*

263. Tessitore Mari Scott PLLC, *Attorneys for Defendant*

264. The Arizona Legislature, *Amicus Curiae*

265. Todd, Stephen, *Attorney for Defendant*

266. Turner, Ron, *Defendant*

267. Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

268. Valenti, Leah, *Defendant*

269. Villane, Tappie, *Defendant*

270. Volusia County Attorney's Office, *Attorneys for Defendant*

271. Walker, Gertrude, *Defendant*

272. Walker, Mark E., *U.S. District Court Judge*

273. Walsh, Marc, *Declarant for Plaintiffs*

274. Ward, Dennis, *Defendant*

275. Ward, Nina, *Defendant*

276. Wassmer, Carolina, *Declarant for Plaintiffs*

277. Wells, Jacqueline, *Declarant for Plaintiffs*

278. Wermuth, Fredrick, *Attorney for Plaintiffs-Appellees*

279. Wertz, Debbie, *Defendant*

280. Wilcox, Wesley, *Defendant*

281. Williams, H. Russell, *Defendant*

282. Williams, Kenya, *Defendant*

283. Wilson, Alan, *Amicus Curiae*

284. Worrell, Monique, *Defendant*

285. Wren, Gader, *Amicus Curiae*

286. Wrigley, Drew, *Amicus Curiae*

287. Wyler, Douglas, *Attorney for Defendants*

288. Zarian, Michael A., *Amicus Curiae*

**Corporate Disclosure Statement:** No parent corporation or publicly held corporation owns 10% or more of RPOF's shares.

Per Circuit Rule 26.1-2(c), Intervenor-Defendant-Appellant RPOF certifies that the CIP contained herein is complete.

Dated: July 25, 2025

Respectfully submitted,

*/s/ Benjamin J. Gibson*
Benjamin J. Gibson (Fla. Bar No. 58661)
Daniel E. Nordby (Fla. Bar No. 14588)
Tara R. Price (Fla. Bar No. 98073)
Nicholas J.P. Meros (Fla. Bar No. 120270)
Kassandra S. Reardon (Fla. Bar No. 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
bgibson@shutts.com
dnordby@shutts.com
tprice@shutts.com
nmeros@shutts.com
kreardon@shutts.com
chill@shutts.com
*Counsel for Intervenor-Defendant-Appellant*
*Republican Party of Florida*

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

*/s/ Benjamin J. Gibson*
Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, I electronically filed this document through the CM/ECF system.

*/s/ Benjamin J. Gibson*
Attorney