No. 25-12370

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

*Florida Decides Healthcare, Inc., et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State, et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, No. 4:25-cv-211-MW-MAF
(Walker, J.)

## DEFENDANTS-APPELLANTS'
## *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME

| | |
|---|---|
| William H. Stafford, III | Mohammad O. Jazil |
| Sara E. Spears | Michael Beato |
| OFFICE OF THE ATTORNEY GENERAL | HOLTZMAN VOGEL BARAN |
| PL-01, The Capitol | TORCHINSKY & JOSEFIAK PLLC |
| Tallahassee, Florida 32399 | 119 South Monroe Street, Suite 500 |
| (850) 414-3785 | Tallahassee, Florida 32301 |
| | (850) 274-1690 |
| *Counsel for the Florida Attorney General* | |
| | *Counsel for the Florida Secretary of State* |

*Florida Decides Healthcare, Inc., et al. v. Florida Secretary of State, et al.*
No. 25-12370

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants Florida Secretary of State and Florida Attorney General certify that the following have an interest in the outcome of this case. Note that "Defendant(s)," as opposed to "Defendants-Appellants," refer to defendants in the case, other than the Florida Secretary of State and Florida Attorney General.

1. Acosta Gaspar de Alba, Ana-Christina, *Declarant for Plaintiffs*
2. Adkins, Janet, *Defendant*
3. Aertker, Susan, *Declarant for Plaintiffs*
4. Alachua County Attorney's Office, *Attorneys for Defendant*
5. Alicea, Delmarie, *Attorney for Intervenor Plaintiffs-Appellees*
6. Arnold & Porter LLP, *Attorneys for Intervenor Plaintiffs-Appellees*
7. Arrington, Mary Jane, *Defendant*
8. Asparrin, Michael, *Attorney for Intervenor Plaintiffs-Appellees*
9. Bailey, Andrew, Attorney General of Missouri, *Amicus Curiae*
10. Baird, Maureen, *Defendant*
11. Bakkedahl, Thomas, *Defendant*
12. Bardos, Andy, *Attorney for Defendants*
13. Bartlett, Bruce, *Defendant*
14. Barton, Kim, *Defendant*

15. Basford, Larry, *Defendant*

16. Beato, Michael, *Attorney for Defendant-Appellant*

17. Bell, Melony, *Defendant*

18. Bender, Robert, *Defendant*

19. Bennette, Matletha, *Attorney for Plaintiff-Appellee*

20. Bentley & Bruning, *Attorneys for Defendants*

21. Bentley, Morgan, *Attorney for Defendants*

22. Blazier, Melissa, *Defendant*

23. Bledsoe, William, *Attorney for Defendant*

24. Bobanic, Tim, *Defendant*

25. Boettcher, Ellen, *Attorney for Intervenor Plaintiffs-Appellees*

26. Bottcher, Susan, *Declarant for Plaintiffs*

27. Bowden Madden, Ginger, *Defendant*

28. Bridges, Jonathan, *Declarant for Defendants-Appellants*

29. Brodsky, Ed, *Defendant*

30. Broward County Attorney's Office, *Attorneys for Defendant*

31. Brown, Derek, Attorney General of Utah, *Amicus Curiae*

32. Bryant, Matt, *Attorney for Intervenor Plaintiffs-Appellees*

33. Burhans Jr., Glenn, *Attorney for Intervenor Plaintiffs-Appellees*

34. Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

35. Campaign Legal Center, *Attorneys for Intervenor Plaintiffs-Appellees*

USCA11 Case: 25-12370     Document: 103     Date Filed: 09/22/2025     Page: 4 of 19

*Florida Decides Healthcare, Inc., et al. v. Florida Secretary of State, et al.*
No. 25-12370

36. Campbell, Jack, *Defendant*

37. Carr, Chris, Attorney General of Georgia, *Amicus Curiae*

38. Castor Dentel, Karen, *Defendant*

39. Chaires, Darbi, *Defendant*

40. Chambless, Chris, *Defendant*

41. Chandler, Debra, *Intervenor Plaintiff-Appellee*

42. Chason, Sharon, *Defendant*

43. Chaudhuri, Pooja, *Attorney for Intervenor Plaintiffs-Appellees*

44. Clark, Christopher, *Attorney for Intervenor Plaintiffs-Appellees*

45. Conyers, Grant, *Defendant*

46. Copper, Alexandra, *Attorney for Intervenor Plaintiffs-Appellees*

47. Corley, Brian, *Defendant*

48. Cox, Alexcia, *Defendant*

49. Cox, Meghan, *Declarant for Plaintiffs*

50. Darus, Lisa, *Defendant*

51. Davis, Ashley, *Attorney for Defendant-Appellant*

52. Davis, Caandra, *Declarant for Plaintiffs*

53. Davis, Vicki, *Defendant*

54. DeBise, Jarvis, *Declarant for Plaintiffs*

55. Democracy Defenders Fund, *Attorneys for Intervenor Plaintiffs-Appellees*

56. Dēmos, *Attorneys for Intervenor Plaintiffs-Appellees*

57. Dixit, Kunal, *Attorney for Intervenor Plaintiffs-Appellees*

58. Dolan, Krista, *Attorney for Plaintiff-Appellee*

59. Doyle, Tommy, *Defendant*

60. Driggers, Heath, *Defendant*

61. Dunaway, Carol, *Defendant*

62. Durrett, John, *Defendant*

63. Earley, Mark, *Defendant*

64. Eisen, Norman, *Attorney for Intervenor Plaintiffs-Appellees*

65. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

66. Elliot, Monica, *Declarant for Plaintiffs*

67. Ellis, Elizabeth, *Attorney for Intervenor Plaintiffs-Appellees*

68. Emerson, Mitchell, *Plaintiff-Appellee*

69. Erdelyi, Susan, *Attorney for Defendants*

70. Escambia County Attorney's Office, *Attorneys for Defendant*

71. Farnham, Aletris, *Defendant*

72. Farrington, Scott, *Defendant*

73. Ferguson, Robert, *Attorney for Intervenor Plaintiffs-Appellees*

74. Fernandez Gold, Sofia, *Attorney for Intervenor Plaintiffs-Appellees*

75. Fernandez Rundle, Katherine, *Defendant*

76. Figg, Mary, *Declarant for Plaintiffs*

77. Fitzpatrick, Martin, *U.S. Magistrate Judge*

78. Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

79. Florida Decides Healthcare, Inc, *Plaintiff-Appellee*

80. Florida Department of State, *Attorneys for Defendant-Appellant*

81. FloridaRightToCleanWater.Org, *Intervenor Plaintiff-Appellee*

82. Fox, Amira, *Defendant*

83. Freedman, John, *Attorney for Intervenor Plaintiffs-Appellees*

84. Galindo, Miranda, *Attorney for Intervenor Plaintiffs-Appellees*

85. Gambhir, Harleen Kaur, *Attorney for Plaintiffs-Appellees*

86. Garcia, Alina, *Defendant*

87. Gardner Bist Bowden, *Attorneys for Defendants*

88. Gelber Schachter & Greenberg PA, *Attorneys for Intervenor Plaintiffs-Appellees*

89. Gibson, Benjamin, *Attorney for Intervenor Defendant*

90. Gladson, Bill, *Defendant*

91. Grannum, Shane, *Attorney for Intervenor Plaintiffs-Appellees*

92. Graves, Carson, *Declarant for Plaintiffs*

93. GrayRobinson PA, *Attorneys for Defendants*

94. Greenberg, Gerald, *Attorney for Intervenor Plaintiffs-Appellees*

95. Guin, Ava, *Declarant for Plaintiffs*

96. Haller, Cynthia, *Declarant for Plaintiffs*

97. Hankins, Christi Jo, *Attorney for Defendant*

98. Hanson, Corbin, *Attorney for Defendant*

99. Hardy, Maryssa, *Attorney for Defendant-Appellant*

100. Hart, Travis, *Defendant*

101. Hass, Brian, *Defendant*

102. Hays, Alan, *Defendant*

103. Healy, Karen, *Defendant*

104. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

105. Henderson Fanklin Starnes, *Attorneys for Defendants*

106. Hernando County Attorney's Office, *Attorneys for Defendant*

107. Herron, Mark, *Attorney for Defendant*

108. Herron, Michael, *Declarant for Plaintiffs*

109. Hilgers, Michael, Attorney General of Nebraska, *Amicus Curiae*

110. Hillsborough County Attorney's Office, *Attorneys for Defendant*

111. Hodie, Sherri, *Defendant*

112. Hoffmeyer, Lisa, *Declarant for Plaintiffs*

113. Hohnholt, Matthew, *Declarant for Plaintiffs*

114. Holland, Jerry, *Defendant*

115. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

116. Hurst, Alan, *Attorney for Amicus Curiae*

117. Hutto, Laura, *Defendant*

118. Jacobs Scholz & Wyler LLC, *Attorneys for Defendants*

119. Jacobs, Arthur ("Buddy"), *Attorney for Defendants*

120. Janulis, Adam, *Declarant for Plaintiffs*

121. Jazil, Mohammad, *Attorney for Defendant-Appellant*

122. Jonas, Sarah, *Attorney for Defendant*

123. Jones, Tammy, *Defendant*

124. Jouben, Jon, *Attorney for Defendants*

125. Kahn, Jared, *Attorney for Defendant*

126. Karpatkin, Jeremy, *Attorney for Intervenor Plaintiffs-Appellees*

127. Katzman, Adam, *Attorney for Defendant*

128. Keen, William, *Defendant*

129. Khoshkhoo, Neda, *Attorney for Intervenor Plaintiffs-Appellees*

130. King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

131. Kinsey, Jennifer, *Defendant*

132. Klein, Spencer, *Attorney for Intervenor Plaintiffs-Appellees*

133. Knudsen, Austin, Attorney General of Montana, *Amicus Curiae*

134. Kobach, Kris, Attorney General of Kansas, *Amicus Curiae*

135. Kramer, Brian, *Defendant*

136. Labrador, Raúl R., Attorney General of Idaho, *Amicus Curiae*

137. Lang, Danielle, *Attorney for Intervenor Plaintiffs-Appellees*

138. Larizza, R.J., *Defendant*

139. Latimer, Craig, *Defendant*

140. Latino Justice PRLDEF, *Attorneys for Intervenor Plaintiffs-Appellees*

141. Lavancher, Denise, *Defendant*

142. Lavia III, John, *Attorney for Defendant*

143. League of United Latin American Citizens, *Intervenor Plaintiff-Appellee*

144. League of Women Voters of Florida Education Fund, *Intervenor Plaintiff-Appellee*

145. League of Women Voters of Florida, *Intervenor Plaintiff-Appellee*

146. Leeper, Simone, *Attorney for Intervenor Plaintiffs-Appellees*

147. Leinhart, Kaitlyn, *Defendant*

148. Lewis, Lisa, *Defendant*

149. Link, Wendy, *Defendant*

150. Lopez Garcia, Yivian, *Intervenor Plaintiff-Appellee*

151. Lopez, Susan, *Defendant*

152. Lux, Paul, , *Defendant*

153. Marcus, Julie, *Defendant*

154. Mari, Frank, *Attorney for Defendant*

155. Marks Gray P.A., *Attorneys for Defendants*

156. Marshall, Steve, Attorney General of Alabama, *Amicus Curiae*

157. Martin, Melissa, *Declarant for Plaintiffs*

158. Martin, Melissa, *Intervenor Plaintiff-Appellee*

159. Mastoris, George, *Attorney for Intervenor Plaintiffs-Appellees*

160. May, David, *Defendant*

161. Mays, Tianna, *Attorney for Intervenor Plaintiffs-Appellees*

162. McCrory, Hill, *Declarant for Plaintiffs*

163. McCuskey, John, Attorney General of West Virginia, *Amicus Curiae*

164. McNalis, Genevieve, *Attorney for Defendant-Appellant*

165. McVay, Bradley, *Attorney for Defendant-Appellant*

166. Meros, Nicholas, *Attorney for Intervenor Defendant*

167. Messer Caparello & Self PA, *Attorneys for Defendant*

168. Messer, Ryan, *Defendant*

169. Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

170. Militello, Pam, *Declarant for Plaintiffs*

171. Milligan, Michelle, *Defendant*

172. Milton, Christopher, *Defendant*

173. Mobley, Valerie, *Declarant for Plaintiffs*

174. Montenegro, Steve, Speaker of the Arizona House of Representatives, *Amicus Curiae*

175. Morales, Carlos, *Declarant for Plaintiffs*

176. Morgan, Joseph, *Defendant*

177. Murphy, Hannah, *Attorney for Intervenor Plaintiffs-Appellees*

178. Murrill, Liz, Attorney General of Louisiana, *Amicus Curiae*

179. Nabors Giblin & Nickerson PA, *Attorneys for Defendant*

180. Neal, Melissa, *Attorney for Intervenor Plaintiffs-Appellees*

181. Nelson, Melissa, *Defendant*

182. Nguyen, Phi, *Attorney for Intervenor Plaintiffs-Appellees*

183. Nordby, Daniel, *Attorney for Intervenor Defendant*

184. Oakes, Vicky, *Defendant*

185. Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

186. Office of the Idaho Attorney General, *Attorneys for Amicus Curiae*

187. Olivo III, Geraldo, *Attorney for Defendants*

188. Olson Sharkey, Emma, *Attorney for Plaintiffs-Appellees*

189. Olson, Victoria, *Declarant for Plaintiffs*

190. Orjuela Prieto, Humberto, *Intervenor Plaintiff-Appellee*

191. Osborne, Deborah, *Defendant*

192. Overturf, Charles, *Defendant*

193. Paxton, Ken, Attorney General of Texas, *Amicus Curiae*

194. Pennock, Amy, *Defendant*

195. Pereira Bonilla, Ramón, *Declarant for Plaintiffs*

196. Perez, Thomas, *Declarant for Plaintiffs*

197. Peterson, Warren, President of the Arizona Senate, *Amicus Curiae*

198. Pettis, Deidra, *Defendant*

199. Pierce, Rhonda, *Defendant*

200. Pinellas County Attorney's Office, *Attorneys for Defendant*

201. Pinkstaff, Tiffiny, *Attorney for Defendant*

202. Poder LatinX, *Intervenor Plaintiff-Appellee*

203. Price, Matthew, *Declarant for Plaintiffs*

204. Price, Tara, *Attorney for Intervenor Defendant*

205. Proaño, Juan, *Declarant for Plaintiffs*

206. Pryor, Harold, *Defendant*

207. Ramba, David, *Declarant for Defendants-Appellants*

208. Reardon, Kassandra, *Attorney for Intervenor Defendant*

209. Republican Party of Florida, *Intervenor-Defendant*

210. Reynolds Perez, Devona, *Attorney for Defendant*

211. Rich, Shayna, *Declarant for Plaintiffs*

212. Riley, Heather, *Defendant*

213. Ritter, Quinn, *Attorney for Plaintiffs-Appellees*

214. Roehrig, Kristen, *Attorney for Intervenor Plaintiffs-Appellees*

215. Rokita, Theodore, Attorney General of Indiana, *Amicus Curiae*

216. Roper Townsend & Sutphen, *Attorneys for Defendants*

217. Rosenthal, Oren, *Attorney for Defendant*

218. Ruiz, Cesar, *Attorney for Intervenor Plaintiffs-Appellees*

219. Scheiner, Will, *Defendant*

220. Scoon, Cecile, *Intervenor Plaintiff-Appellee*

221. Scott, Dale, *Attorney for Defendant*

222. Scott, Joe, *Defendant*

223. Seyfang, Amanda, *Defendant*

224. Shapiro, Avner, *Attorney for Plaintiffs-Appellees*

225. Shatzman, Meryl, *Declarant for Plaintiffs*

226. Shaud, Matthew, *Attorney for Defendant*

227. Shutts & Bowen, LLP, *Attorneys for Intervenor-Defendant*

228. Simmons, Jordan, *Declarant for Plaintiffs*

229. Simmons, Jordan, *Plaintiff-Appellee*

230. Skrmetti, Jonathan, Attorney General of Tennessee, *Amicus Curiae*

231. Smart & Safe Florida, *Intervenor Plaintiff-Appellee*

232. Smith, Diane, *Defendant*

233. Smitha, Bridget, *Attorney for Intervenor Plaintiffs-Appellees*

234. Southerland, Dana, *Defendant*

235. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

236. Spears, Sara, *Attorney for Defendant-Appellant*

237. Stafford III, William H., *Attorney for Defendant-Appellant*

238. Stafford, William B., *Attorney for Plaintiff-Appellee*

239. State Democracy Defenders, *Attorneys for Intervenor Plaintiffs-Appellees*

240. State of Alabama, *Amicus Curiae*

241. State of Alaska, *Amicus Curiae*

242. State of Georgia, *Amicus Curiae*

243. State of Indiana, *Amicus Curiae*

244. State of Kansas, *Amicus Curiae*

245. State of Louisiana, *Amicus Curiae*

246. State of Missouri, *Amicus Curiae*

247. State of Montana, *Amicus Curiae*

248. State of Nebraska, *Amicus Curiae*

249. State of North Dakota, *Amicus Curiae*

250. State of South Carolina, *Amicus Curiae*

251. State of Tennessee, *Amicus Curiae*

252. State of Texas, *Amicus Curiae*

253. State of Utah, *Amicus Curiae*

254. State of West Virginia, *Amicus Curiae*

255. Stearns Weaver Miller, *Attorneys for Intervenor Plaintiffs-Appellees*

256. Steiner, Nocholas, *Attorney for Plaintiff-Appellee*

257. Stewart, Gregory, *Attorney for Defendant*

258. Stinson-Brown, Tomi, *Defendant*

259. Swain, Robert, *Attorney for Defendant*

260. Swan, Leslie, *Defendant*

261. Szilagyi, Heather, *Attorney for Intervenor Plaintiffs-Appellees*

262. Taghdiri, Pausha, *Attorney for Defendants*

263. Tartaglia, Melissa, *Attorney for Defendants*

264. Taylor, Sherry, *Defendant*

265. Taylor, Treg, Attorney General of Alaska

266. Tessitore Mari Scott PLLC, *Attorneys for Defendant*

267. The Arizona Legislature, *Amicus Curiae*

268. Todd, Stephen, *Attorney for Defendant*

269. Turner, Ron, *Defendant*

270. Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

271. Valenti, Leah, *Defendant*

272. Villane, Tappie, *Defendant*

273. Volusia County Attorney's Office, *Attorneys for Defendant*

274. Walker, Gertrude, *Defendant*

275. Walker, Mark E., *U.S. District Court Judge*

276. Walsh, Marc, *Declarant for Plaintiffs*

277. Ward, Dennis, *Defendant*

278. Ward, Nina, *Defendant*

279. Wassmer, Carolina, *Declarant for Plaintiffs*

280. Wells, Jacqueline, *Declarant for Plaintiffs*

281. Wermuth, Fredrick, *Attorney for Plaintiffs-Appellees*

282. Wertz, Debbie, *Defendant*

283. White, Jessica, *Declarant for Plaintiffs*

284. Wilcox, Wesley, *Defendant*

285. Williams, H. Russell, *Defendant*

286. Williams, Kenya, *Defendant*

287. Wilson, Alan, Attorney General of South Carolina, *Amicus Curiae*

288. Worrell, Monique, *Defendant*

289. Wren, Gader, *Attorney for Amicus Curiae*

290. Wrigley, Drew, Attorney General of North Dakota, *Amicus Curiae*

291. Wyler, Douglas, *Attorney for Defendants*

292. Zarian, Michael, *Attorney for Amicus Curiae*

Per Circuit Rule 26.1-2(c), Defendants-Appellants Florida Secretary of State and Florida Attorney General certify that the CIP contained herein is complete.

Dated: September 22, 2025

/s/ William H. Stafford, III
William H. Stafford, III
*Counsel for Defendant-Appellant Florida Attorney General*

/s/ Mohammad O. Jazil
Mohammad O. Jazil
*Counsel for Defendant-Appellant Florida Secretary of State*

## **MEMORANDUM**

Defendants-Appellants Florida Secretary of State and Florida Attorney General move this Court under Federal Rule of Appellate Procedure 27 and Local Rule 27.1 to extend their initial brief deadline to October 8, 2025.

The current deadline is September 24, 2025. Even though this is a second request for an extension, "extraordinary circumstances" are present that weren't "foreseeable at the time the first request was made." 11th Cir. R. 31-2(d). Right now, the parties are in the process of exploring with Plaintiffs the possibility of resolving the appeal and respectfully request a brief extension of time to allow those discussions to continue. A few extra days are needed to allow this to happen.

The Florida Decides Healthcare Plaintiffs, Smart & Safe, the Florida Right to Clean Water Plaintiffs, the League of Women Voters Plaintiffs, and the Poder Latinx Plaintiffs don't oppose this motion.

Therefore, the Secretary and Attorney General ask this Court to extend their initial brief deadline to October 8, 2025.

Dated: September 22, 2025

| | |
|---|---|
| JAMES UTHMEIER<br>  *Attorney General*<br><br>/s/ William H. Stafford III<br>William H. Stafford III<br>  SPECIAL COUNSEL<br>Sara E. Spears<br>  ASSISTANT ATTORNEY GENERAL<br>Complex Litigation Division<br>OFFICE OF THE ATTORNEY GENERAL<br>PL-01, The Capitol<br>Tallahassee, Florida 32399<br>William.Stafford@myfloridalegal.com<br>Sara.Spears@myfloridalegal.com<br>ComplexLitigation@myfloridalegal.com<br>(850) 414-3785<br><br><br>*Counsel for Defendant-Appellant Florida Attorney General* | Ashley E. Davis<br>  GENERAL COUNSEL<br>FLORIDA DEPARTMENT OF STATE<br>R.A. Gray Building, Suite 100<br>500 South Bronough Street<br>Tallahassee, Florida 32399<br> (850) 245-6536<br>Ashley.Davis@dos.fl.gov<br><br>/s/ Mohammad O. Jazil<br>Mohammad O. Jazil<br>Michael Beato<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK PLLC<br>119 South Monroe Street, Suite 500<br>Tallahassee, Florida 32301<br> (850) 391-0503<br>mjazil@holtzmanvogel.com<br>mbeato@holtzmanvogel.com<br>zbennington@holtzmanvogel.com<br><br>*Counsel for Defendant-Appellant Florida Secretary of State* |

2

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d)(2)(A) because it contains 162 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: September 22, 2025              /s/ Mohammad O. Jazil
                                       Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF.

Dated: September 22, 2025              /s/ Mohammad O. Jazil
                                       Mohammad O. Jazil