Lead No. 25-12370 (Member No. 25-12393)

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

FLORIDA DECIDES HEALTHCARE INC., et al.,

*Plaintiffs-Appellees*,

v.

FLORIDA SECRETARY OF STATE, et al.,

*Defendants-Appellants.*

Appeal from the U.S. District Court for the Northern District of Florida,
No. 4:25-cv-211-MW-MAF (Walker, J.)

## INTERVENOR-DEFENDANT APPELLANT'S
## *UNOPPOSED* MOTION FOR A SECOND EXTENSION OF TIME

Benjamin J. Gibson
Daniel E. Nordby
Tara R. Price
Nicholas J.P. Meros
Kassandra S. Reardon
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717

*Counsel for the Republican Party of Florida*

No. 25-12370, *Florida Decides Healthcare, Inc., et al. v. Florida Secretary of State, et al.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Intervenor-Defendant-Appellant Republican Party of Florida ("RPOF") certifies that the following have an interest in the outcome of this appeal.

1. Acosta Gaspar de Alba, Ana-Christina, *Declarant for Plaintiffs*

2. Adkins, Janet, *Defendant*

3. Aertker, Susan, *Declarant for Plaintiffs*

4. Alachua County Attorney's Office, *Attorneys for Defendant*

5. Alicea, Delmarie, *Attorney for Intervenor Plaintiffs-Appellees*

6. Arnold & Porter LLP, *Attorneys for Intervenor Plaintiffs-Appellees*

7. Arrington, Mary Jane, *Defendant*

8. Asparrin, Michael, *Attorney for Intervenor Plaintiffs-Appellees*

9. Bailey, Andrew, Attorney General of Missouri, *Amicus Curiae*

10. Baird, Maureen, *Defendant*

11. Bakkedahl, Thomas, *Defendant*

12. Bardos, Andy, *Attorney for Defendants*

13. Bartlett, Bruce, *Defendant*

14. Barton, Kim, *Defendant*

15. Basford, Larry, *Defendant*

16. Beato, Michael, *Attorney for Defendant-Appellant*

17. Bell, Melony, *Defendant*

18. Bender, Robert, *Defendant*

19. Bennette, Matletha, *Attorney for Plaintiff-Appellee*

20. Bentley & Bruning, *Attorneys for Defendants*

21. Bentley, Morgan, *Attorney for Defendants*

22. Blazier, Melissa, *Defendant*

23. Bledsoe, William, *Attorney for Defendant*

24. Bobanic, Tim, *Defendant*

25. Boettcher, Ellen, *Attorney for Intervenor Plaintiffs-Appellees*

26. Bottcher, Susan, *Declarant for Plaintiffs*

27. Bowden Madden, Ginger, *Defendant*

28. Bridges, Jonathan, *Declarant for Defendants-Appellants*

29. Brodsky, Ed, *Defendant*

30. Broward County Attorney's Office, *Attorneys for Defendant*

31. Brown, Derek, Attorney General of Utah, *Amicus Curiae*

32. Bryant, Matt, *Attorney for Intervenor Plaintiffs-Appellees*

33. Burhans Jr., Glenn, *Attorney for Intervenor Plaintiffs-Appellees*

34. Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

35. Campaign Legal Center, *Attorneys for Intervenor Plaintiffs-Appellees*

36. Campbell, Jack, *Defendant*

37. Carr, Chris, Attorney General of Georgia, *Amicus Curiae*

38. Castor Dentel, Karen, *Defendant*

39. Chaires, Darbi, *Defendant*

40. Chambless, Chris, *Defendant*

41. Chandler, Debra, *Intervenor Plaintiff-Appellee*

42. Chason, Sharon, *Defendant*

43. Chaudhuri, Pooja, *Attorney for Intervenor Plaintiffs-Appellees*

44. Clark, Christopher, *Attorney for Intervenor Plaintiffs-Appellees*

45. Conyers, Grant, *Defendant*

46. Copper, Alexandra, *Attorney for Intervenor Plaintiffs-Appellees*

47. Corley, Brian, *Defendant*

48. Cox, Alexcia, *Defendant*

49. Cox, Meghan, *Declarant for Plaintiffs*

50. Darus, Lisa, *Defendant*

51. Davis, Ashley, *Attorney for Defendant*

52. Davis, Caandra, *Declarant for Plaintiffs*

53. Davis, Vicki, *Defendant*

54. DeBise, Jarvis, *Declarant for Plaintiffs*

55. Democracy Defenders Fund, *Attorneys for Intervenor Plaintiffs-Appellees*

56. Dēmos, *Attorneys for Intervenor Plaintiffs-Appellees*

57. Dixit, Kunal, *Attorney for Intervenor Plaintiffs-Appellees*

58. Dolan, Krista, *Attorney for Plaintiff-Appellee*

59. Doyle, Tommy, *Defendant*

60. Driggers, Heath, *Defendant*

61. Dunaway, Carol, *Defendant*

62. Durrett, John, *Defendant*

63. Earley, Mark, *Defendant*

64. Eisen, Norman, *Attorney for Intervenor Plaintiffs-Appellees*

65. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

66. Elliot, Monica, *Declarant for Plaintiffs*

67. Ellis, Elizabeth, *Attorney for Intervenor Plaintiffs-Appellees*

68. Emerson, Mitchell, *Plaintiff-Appellee*

69. Erdelyi, Susan, *Attorney for Defendants*

70. Escambia County Attorney's Office, *Attorneys for Defendant*

71. Farnham, Aletris, *Defendant*

72. Farrington, Scott, *Defendant*

73. Ferguson, Robert, *Attorney for Intervenor Plaintiffs-Appellees*

74. Fernandez Gold, Sofia, *Attorney for Intervenor Plaintiffs-Appellees*

75. Fernandez Rundle, Katherine, *Defendant*

76. Figg, Mary, *Declarant for Plaintiffs*

77. Fitzpatrick, Martin, *U.S. Magistrate Judge*

78. Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

79. Florida Decides Healthcare, Inc, *Plaintiff-Appellee*

80. Florida Department of State, *Attorneys for Defendant-Appellant*

81. FloridaRightToCleanWater.Org, *Intervenor Plaintiff-Appellee*

82. Fox, Amira, *Defendant*

83. Freedman, John, *Attorney for Intervenor Plaintiffs-Appellees*

84. Galindo, Miranda, *Attorney for Intervenor Plaintiffs-Appellees*

85. Gambhir, Harleen Kaur, *Attorney for Plaintiffs-Appellees*

86. Garcia, Alina, *Defendant*

87. Gardner Bist Bowden, *Attorneys for Defendants*

88. Gelber Schachter & Greenberg PA, *Attorneys for Intervenor Plaintiffs-Appellees*

89. Gibson, Benjamin, *Attorney for Intervenor Defendant-Appellant*

90. Gladson, Bill, *Defendant*

91. Grannum, Shane, *Attorney for Intervenor Plaintiffs-Appellees*

92. Graves, Carson, *Declarant for Plaintiffs*

93. GrayRobinson PA, *Attorneys for Defendants*

94. Greenberg, Gerald, *Attorney for Intervenor Plaintiffs-Appellees*

95. Guin, Ava, *Declarant for Plaintiffs*

96. Haller, Cynthia, *Declarant for Plaintiffs*

97. Hankins, Christi Jo, *Attorney for Defendant*

98. Hanson, Corbin, *Attorney for Defendant*

99. Hardy, Maryssa, *Attorney for Defendant-Appellant*

100. Hart, Travis, *Defendant*

101. Hass, Brian, *Defendant*

102. Hays, Alan, *Defendant*

103. Healy, Karen, *Defendant*

104. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

105. Henderson Fanklin Starnes, *Attorneys for Defendants*

106. Hernando County Attorney's Office, *Attorneys for Defendant*

107. Herron, Mark, *Attorney for Defendant*

108. Herron, Michael, *Declarant for Plaintiffs*

109. Hilgers, Michael, Attorney General of Nebraska, *Amicus Curiae*

110. Hillsborough County Attorney's Office, *Attorneys for Defendant*

111. Hodie, Sherri, *Defendant*

112. Hoffmeyer, Lisa, *Declarant for Plaintiffs*

113. Hohnholt, Matthew, *Declarant for Plaintiffs*

114. Holland, Jerry, *Defendant*

115. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

116. Hurst, Alan, *Attorney for Amicus Curiae*

117. Hutto, Laura, *Defendant*

118. Jacobs Scholz & Wyler LLC, *Attorneys for Defendants*

119. Jacobs, Arthur ("Buddy"), *Attorney for Defendants*

120. Janulis, Adam, *Declarant for Plaintiffs*

121. Jazil, Mohammad, *Attorney for Defendant-Appellant*

122. Jonas, Sarah, *Attorney for Defendant*

123. Jones, Tammy, *Defendant*

124. Jouben, Jon, *Attorney for Defendants*

125. Kahn, Jared, *Attorney for Defendant*

126. Karpatkin, Jeremy, *Attorney for Intervenor Plaintiffs-Appellees*

127. Katzman, Adam, *Attorney for Defendant*

128. Keen, William, *Defendant*

129. Khoshkhoo, Neda, *Attorney for Intervenor Plaintiffs-Appellees*

130. King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

131. Kinsey, Jennifer, *Defendant*

132. Klein, Spencer, *Attorney for Intervenor Plaintiffs-Appellees*

133. Knudsen, Austin, Attorney General of Montana, *Amicus Curiae*

134. Kobach, Kris, Attorney General of Kansas, *Amicus Curiae*

135. Kramer, Brian, *Defendant*

136. Labrador, Raúl R., Attorney General of Idaho, *Amicus Curiae*

137. Lang, Danielle, *Attorney for Intervenor Plaintiffs-Appellees*

138. Larizza, R.J., *Defendant*

139. Latimer, Craig, *Defendant*

140. Latino Justice PRLDEF, *Attorneys for Intervenor Plaintiffs-Appellees*

141. Lavancher, Denise, *Defendant*

142. Lavia III, John, *Attorney for Defendant*

143. League of United Latin American Citizens, *Intervenor Plaintiff-Appellee*

144. League of Women Voters of Florida Education Fund, *Intervenor Plaintiff-Appellee*

145. League of Women Voters of Florida, *Intervenor Plaintiff-Appellee*

146. Leeper, Simone, *Attorney for Intervenor Plaintiffs-Appellees*

147. Leinhart, Kaitlyn, *Defendant*

148. Lewis, Lisa, *Defendant*

149. Link, Wendy, *Defendant*

150. Lopez Garcia, Yivian, *Intervenor Plaintiff-Appellee*

151. Lopez, Susan, *Defendant*

152. Lux, Paul, *Defendant*

153. Marcus, Julie, *Defendant*

154. Mari, Frank, *Attorney for Defendant*

155. Marks Gray P.A., *Attorneys for Defendants*

156. Marshall, Steve, Attorney General of Alabama, *Amicus Curiae*

157. Martin, Melissa, *Declarant for Plaintiffs*

158. Martin, Melissa, *Intervenor Plaintiff-Appellee*

159. Mastoris, George, *Attorney for Intervenor Plaintiffs-Appellees*

160. May, David, *Defendant*

161. Mays, Tianna, *Attorney for Intervenor Plaintiffs-Appellees*

162. McCrory, Hill, *Declarant for Plaintiffs*

163. McCuskey, John, Attorney General of West Virginia, *Amicus Curiae*

164. McNalis, Genevieve, *Attorney for Defendant-Appellant*

165. McVay, Bradley, *Attorney for Defendant-Appellant*

166. Meros, Nicholas, *Attorney for Intervenor Defendant-Appellant*

167. Messer Caparello & Self PA, *Attorneys for Defendant*

168. Messer, Ryan, *Defendant*

169. Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

170. Militello, Pam, *Declarant for Plaintiffs*

171. Milligan, Michelle, *Defendant*

172. Milton, Christopher, *Defendant*

173. Mobley, Valerie, *Declarant for Plaintiffs*

174. Montenegro, Steve, Speaker of the Arizona House of Representatives, *Amicus Curiae*

175. Morales, Carlos, *Declarant for Plaintiffs*

176. Morgan, Joseph, *Defendant*

177. Murphy, Hannah, *Attorney for Intervenor Plaintiffs-Appellees*

178. Murrill, Liz, Attorney General of Louisiana, *Amicus Curiae*

179. Nabors Giblin & Nickerson PA, *Attorneys for Defendant*

180. Neal, Melissa, *Attorney for Intervenor Plaintiffs-Appellees*

181. Nelson, Melissa, *Defendant*

182. Nguyen, Phi, *Attorney for Intervenor Plaintiffs-Appellees*

183. Nordby, Daniel, *Attorney for Intervenor Defendant-Appellant*

184. Oakes, Vicky, *Defendant*

185. Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

186. Office of the Idaho Attorney General, *Attorneys for Amicus Curiae*

187. Olivo III, Geraldo, *Attorney for Defendants*

188. Olson Sharkey, Emma, *Attorney for Plaintiffs-Appellees*

189. Olson, Victoria, *Declarant for Plaintiffs*

190. Orjuela Prieto, Humberto, *Intervenor Plaintiff-Appellee*

191. Osborne, Deborah, *Defendant*

192. Overturf, Charles, *Defendant*

193. Paxton, Ken, Attorney General of Texas, *Amicus Curiae*

194. Pennock, Amy, *Defendant*

195. Pereira Bonilla, Ramón, *Declarant for Plaintiffs*

196. Perez, Thomas, *Declarant for Plaintiffs*

197. Peterson, Warren, President of the Arizona Senate, *Amicus Curiae*

198. Pettis, Deidra, *Defendant*

199. Pierce, Rhonda, *Defendant*

200. Pinellas County Attorney's Office, *Attorneys for Defendant*

201. Pinkstaff, Tiffiny, *Attorney for Defendant*

202. Poder LatinX, *Intervenor Plaintiff-Appellee*

203. Price, Matthew, *Declarant for Plaintiffs*

204. Price, Tara, *Attorney for Intervenor Defendant-Appellant*

205. Proaño, Juan, *Declarant for Plaintiffs*

206. Pryor, Harold, *Defendant*

207. Ramba, David, *Declarant for Defendants-Appellants*

208. Reardon, Kassandra, *Attorney for Intervenor Defendant-Appellant*

209. Republican Party of Florida, *Intervenor-Defendant-Appellant*

210. Reynolds Perez, Devona, *Attorney for Defendant*

211. Rich, Shayna, *Declarant for Plaintiffs*

212. Riley, Heather, *Defendant*

213. Ritter, Quinn, *Attorney for Plaintiffs-Appellees*

214. Roehrig, Kristen, *Attorney for Intervenor Plaintiffs-Appellees*

215. Rokita, Theodore, Attorney General of Indiana, *Amicus Curiae*

216. Roper Townsend & Sutphen, *Attorneys for Defendants*

217. Rosenthal, Oren, *Attorney for Defendant*

218. Ruiz, Cesar, *Attorney for Intervenor Plaintiffs-Appellees*

219. Scheiner, Will, *Defendant*

220. Scoon, Cecile, *Intervenor Plaintiff-Appellee*

221. Scott, Dale, *Attorney for Defendant*

222. Scott, Joe, *Defendant*

223. Seyfang, Amanda, *Defendant*

224. Shapiro, Avner, *Attorney for Plaintiffs-Appellees*

225. Shatzman, Meryl, *Declarant for Plaintiffs*

226. Shaud, Matthew, *Attorney for Defendant*

227. Shutts & Bowen, LLP, *Attorneys for Intervenor-Defendant-Appellant*

228. Simmons, Jordan, *Declarant for Plaintiffs*

229. Simmons, Jordan, *Plaintiff-Appellee*

230. Skrmetti, Jonathan, Attorney General of Tennessee, *Amicus Curiae*

231. Smart & Safe Florida, *Intervenor Plaintiff-Appellee*

232. Smith, Diane, *Defendant*

233. Smitha, Bridget, *Attorney for Intervenor Plaintiffs-Appellees*

234. Southerland, Dana, *Defendant*

235. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

236. Spears, Sara, *Attorney for Defendant-Appellant*

237. Stafford III, William H., *Attorney for Defendant-Appellant*

238. Stafford, William B., *Attorney for Plaintiff-Appellee*

239. State Democracy Defenders, *Attorneys for Intervenor Plaintiffs-Appellees*

240. State of Alabama, *Amicus Curiae*

241. State of Alaska, *Amicus Curiae*

242. State of Georgia, *Amicus Curiae*

243. State of Indiana, *Amicus Curiae*

244. State of Kansas, *Amicus Curiae*

245. State of Louisiana, *Amicus Curiae*

246. State of Missouri, *Amicus Curiae*

247. State of Montana, *Amicus Curiae*

248. State of Nebraska, *Amicus Curiae*

249. State of North Dakota, *Amicus Curiae*

250. State of South Carolina, *Amicus Curiae*

251. State of Tennessee, *Amicus Curiae*

252. State of Texas, *Amicus Curiae*

253. State of Utah, *Amicus Curiae*

254. State of West Virginia, *Amicus Curiae*

255. Stearns Weaver Miller, *Attorneys for Intervenor Plaintiffs-Appellees*

256. Steiner, Nocholas, *Attorney for Plaintiff-Appellee*

257. Stewart, Gregory, *Attorney for Defendant*

258. Stinson-Brown, Tomi, *Defendant*

259. Swain, Robert, *Attorney for Defendant*

260. Swan, Leslie, *Defendant*

261. Szilagyi, Heather, *Attorney for Intervenor Plaintiffs-Appellees*

262. Taghdiri, Pausha, *Attorney for Defendants*

263. Tartaglia, Melissa, *Attorney for Defendants*

264. Taylor, Sherry, *Defendant*

265. Taylor, Treg, Attorney General of Alaska, *Amicus Curiae*

266. Tessitore Mari Scott PLLC, *Attorneys for Defendant*

267. The Arizona Legislature, *Amicus Curiae*

268. Todd, Stephen, *Attorney for Defendant*

269. Turner, Ron, *Defendant*

270. Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

271. Valenti, Leah, *Defendant*

272. Villane, Tappie, *Defendant*

273. Volusia County Attorney's Office, *Attorneys for Defendant*

274. Walker, Gertrude, *Defendant*

275. Walker, Mark E., *U.S. District Court Judge*

276. Walsh, Marc, *Declarant for Plaintiffs*

277. Ward, Dennis, *Defendant*

278. Ward, Nina, *Defendant*

279. Wassmer, Carolina, *Declarant for Plaintiffs*

280. Wells, Jacqueline, *Declarant for Plaintiffs*

281. Wermuth, Fredrick, *Attorney for Plaintiffs-Appellees*

282. Wertz, Debbie, *Defendant*

283. White, Jessica, *Declarant for Plaintiffs*

284. Wilcox, Wesley, *Defendant*

285. Williams, H. Russell, *Defendant*

286. Williams, Kenya, *Defendant*

287. Wilson, Alan, Attorney General of South Carolina, *Amicus Curiae*

288. Worrell, Monique, *Defendant*

289. Wren, Gader, *Attorney for Amicus Curiae*

290. Wrigley, Drew, Attorney General of North Dakota, *Amicus Curiae*

291. Wyler, Douglas, *Attorney for Defendants*

292. Zarian, Michael, Attorney for Amicus Curiae

Per Circuit Rule 26.1-2(c), Intervenor-Defendant-Appellant RPOF certifies that the CIP contained herein is complete.

**Corporate Disclosure Statement:** No parent corporation or publicly held corporation owns 10% or more of RPOF's shares.

Dated: September 23, 2025

/s/ Benjamin J. Gibson<br>Counsel for Republican Party of Florida

**MEMORANDUM**

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 27.1, Intervenor-Defendant-Appellant RPOF moves this Court for an unopposed second extension of time until October 8, 2025, to file its initial brief.

On August 22, 2025, the Clerk of this Court granted a 30-day extension of time for RPOF to file its brief, up until the current deadline of September 24, 2025. The Clerk noted that second or subsequent requests for extensions of time would be governed by Local Rule 31-2(d), which authorizes additional extensions "only upon a showing of extraordinary circumstances that were not foreseeable at the time the first request was made."

As discussed in the Secretary of State and Attorney General's Unopposed Motion for Extension of Time filed on September 22, 2025, the parties have been exploring a resolution to this appeal. This possibility was not foreseeable at the time RPOF made its first request for an extension of time. A two-week extension of time would allow the parties' discussions to continue and hopefully ultimate result in a resolution that would preserve the judicial resources of this Court.

The Florida Decides Healthcare Plaintiffs, Smart & Safe, the Florida Right to Clean Water Plaintiffs, the League of Women Voters Plaintiffs, and the Poder Latinx Plaintiffs do not oppose this motion.

Based on the above-described unforeseeable extraordinary circumstances, Intervenor-Defendant-Appellant RPOF moves this Court for an unopposed second extension of time to file its initial brief.

Dated: September 23, 2025

Respectfully submitted,

*/s/ Benjamin J. Gibson*
Benjamin J. Gibson (Fla. Bar No. 58661)
Daniel E. Nordby (Fla. Bar No. 14588)
Tara R. Price (Fla. Bar No. 98073)
Nicholas J.P. Meros (Fla. Bar No. 120270)
Kassandra S. Reardon (Fla. Bar No. 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
bgibson@shutts.com
dnordby@shutts.com
tprice@shutts.com
nmeros@shutts.com
kreardon@shutts.com
chill@shutts.com

*Counsel for Intervenor-Defendant Republican Party of Florida*

2

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32(a)(5)-(6), because it has been prepared in a proportionally spaced face using Microsoft Word Professional Plus 2021 in 14-point Garamond font, and that the foregoing contains 238 words under Rule 27(d)(2), excluding the parts that may be excluded.

*/s/ Benjamin J. Gibson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, I electronically filed this document through the CM/ECF system.

*/s/ Benjamin J. Gibson*