No. 25-12370

UNITED STATES COURT OF APPEALS FOR THE
ELEVENTH CIRCUIT

FLORIDA DECIDES HEALTHCARE INC, ET AL.,

*Plaintiffs-Appellees,*

*-v-*

FLORIDA SECRETARY OF STATE, ET AL.,

*Defendants-Appellants.*

On Appeal from the United States District Court for the
Northern District of Florida, No. 4:25-cv-00211-MW-MAF

**FLORIDA RIGHT TO CLEAN WATER & LEAGUE OF WOMEN
VOTERS OF FLORIDA PLAINTIFFS-APPELLEES' OPPOSITION TO
SMART & SAFE FLORIDA PLAINTIFF-APPELLEE'S MOTION TO STAY
BRIEFING SCHEDULE**

POOJA CHAUDHURI
SPENCER KLEIN**
NORMAN EISEN**
TIANNA MAYS*
SOFIA FERNANDEZ GOLD
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
(202) 594-9958
pooja@statedemocracydefenders.org
spencer@statedemocracydefenders.org
norman@statedemocracydefenders.org
tianna@statedemocracydefenders.org
sofia@statedemocracydefenders.org

SHANE GRANNUM
GERALD EDWARD GREENBERG
GELBER SCHACHTER & GREENBERG, P.A.

BRENT FERGUSON
DANIELLE M. LANG
HEATHER SZILAGYI
ELLEN BOETTCHER
MELISSA NEAL
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
bferguson@campaignlegalcenter.org
dlang@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
eboettcher@campaignlegalcenter.org
mneal@campaignlegalcenter.org
*Counsel for Plaintiffs-Appellees
FloridaRighttoCleanWater.org and Melissa
Martin*

One SE 3rd Avenue, Suite 2600
Miami, FL 33131
(305)-728-0950
sgrannum@gsgpa.com
ggreenberg@gsgpa.com

GEORGE E. MASTORIS**
SOFIA ARGUELLO**
TYLER DATO**
SAMANTHA OSAKI*
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
(202) 294-6700
gmastoris@winston.com
sarguello@winston.com
tdato@winston.com
sosaki@winston.com

JON GREENBAUM
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, DC 20038
jgreenbaum@justicels.com
(202) 601-8678

*Pro hac vice forthcoming
**Pro hac vice granted

*Counsel for Plaintiffs-Appellees League of Women
Voters of Florida, League of Women Voters of
Florida Education Fund, Inc., League of United
Latin American Citizens, Cecile Scoon and
Debra Chandler*

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees Florida Right to Clean Water and League of Women Voters of Florida certify that the following have an interest in the outcome of this case. Note that "Defendants(s)," as opposed to "Defendants-Appellants," refer to defendants in the case, other than the Florida Secretary of State and Florida Attorney General.

1.  Declarants who have submitted affidavits for League of Women Voters of Florida.

2.  Signatories who have signed onto Amicus Curiae State of Idaho's Brief.

3.  Acosta Gaspar de Alba, Ana-Christina, *Declarant for Plaintiffs*

4.  Adkins, Janet, *Defendant*

5.  Aertker, Susan, *Declarant for Plaintiffs*

6.  Alachua County Attorney's Office, *Attorneys for Defendant*

7.  Sofia Arguello, *Attorney for Intervenor Plaintiffs-Appellees*

8.  Arnold & Porter LLP, *Attorneys for Intervenor Plaintiffs-Appellees*

9.  Arrington, Mary Jane, *Defendant*

10. Baird, Maureen, *Defendant*

11. Bakkedahl, Thomas, *Defendant*

12. Bardos, Andy, *Attorney for Defendants*

13. Bartlett, Bruce, *Defendant*

14.  Barton, Kim, *Defendant*

15.  Basford, Larry, *Defendant*

16.  Bell, Melony, *Defendant*

17.  Bender, Robert, *Defendant*

18.  Bennette, Matletha, *Attorney for Plaintiff-Appellee*

19.  Bentley & Bruning, *Attorneys for Defendants*

20.  Bentley, Morgan, *Attorney for Defendants*

21.  Blazier, Melissa, *Defendant*

22.  Bledsoe, William, *Attorney for Defendant*

23.  Bobanic, Tim, *Defendant*

24.  Boettcher, Ellen, *Attorney for Intervenor Plaintiffs-Appellees*

25.  Bottcher, Susan, *Declarant for Plaintiffs*

26.  Bowden Madden, Ginger, *Defendant*

27.  Bridges, Jonathan, *Declarant for Defendants-Appellants*

28.  Brodsky, Ed, *Defendant*

29.  Broward County Attorney's Office, *Attorneys for Defendant*

30.  Bryant, Matt, *Attorney for Intervenor Plaintiffs-Appellees*

31.  Burhans Jr., Glenn, *Attorney for Intervenor Plaintiffs-Appellees*

32.  Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

33.  Campaign Legal Center, *Attorneys for Intervenor Plaintiffs-Appellees*

34.  Campbell, Jack, *Defendant*

35.  Castor Dentel, Karen, *Defendant*

36.  Chaires, Darbi, *Defendant*

37.  Chambless, Chris, *Defendant*

38.  Chandler, Debra, *Declarant for Plaintiffs*

39.  Chandler, Debra, *Intervenor Plaintiff-Appellee*

40.  Chason, Sharon, *Defendant*

41.  Chaudhuri, Pooja, *Attorney for Intervenor Plaintiffs-Appellees*

42.  Clark, Christopher, *Attorney for Intervenor Plaintiffs-Appellees*

43.  Conyers, Grant, *Defendant*

44.  Copper, Alexandra, *Attorney for Intervenor Plaintiffs-Appellees*

45.  Corley, Brian, *Defendant*

46.  Cox, Alexcia, *Defendant*

47.  Cox, Meghan, *Declarant for Plaintiffs*

48.  Darus, Lisa, *Defendant*

49.  Dato, Tyler, *Attorney for Intervenor Plaintiffs-Appellees*

50.  Davis, Ashley, *Attorney for Defendant-Appellant*

51.  Davis, Caandra, *Declarant for Plaintiffs*

52.  Davis, Vicki, *Defendant*

53.  DeBise, Jarvis, *Declarant for Plaintiffs*

54.  Democracy Defenders Fund, *Attorneys for Intervenor Plaintiffs-Appellees*

55.  Dēmos, *Attorneys for Intervenor Plaintiffs-Appellees*

56. Dixit, Kunal Jay, *Attorney for Intervenor Plaintiffs-Appellees*

57. Dolan, Krista, *Attorney for Plaintiff-Appellee*

58. Doyle, Tommy, *Defendant*

59. Driggers, Heath, *Defendant*

60. Dunaway, Carol, *Defendant*

61. Durrett, John, *Defendant*

62. Earley, Mark, *Defendant*

63. Eisen, Norman, *Attorney for Intervenor Plaintiffs-Appellees*

64. Elias Law Group, *Attorneys for Plaintiffs-Appellees*

65. Elliot, Monica, *Declarant for Plaintiffs*

66. Ellis, Elizabeth, *Attorney for Intervenor Plaintiffs-Appellees*

67. Emerson, Mitchell, *Plaintiff-Appellee*

68. Erdelyi, Susan, *Attorney for Defendants*

69. Escambia County Attorney's Office, *Attorneys for Defendant*

70. Farnham, Aletris, *Defendant*

71. Farrington, Scott, *Defendant*

72. Ferguson, Robert, *Attorney for Intervenor Plaintiffs-Appellees*

73. Fernandez Gold, Sofia, *Attorney for Intervenor Plaintiffs-Appellees*

74. Fernandez Rundle, Katherine, *Defendant*

75. Figg, Mary, *Declarant for Plaintiffs*

76. Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

77. Florida Decides Healthcare, Inc, *Plaintiff-Appellee*

78. Florida Department of State, *Attorneys for Defendant-Appellant*

79. FloridaRightToCleanWater.Org, *Intervenor Plaintiff-Appellee*

80. Fox, Amira, *Defendant*

81. Freedman, John, *Attorney for Intervenor Plaintiffs-Appellees*

82. Gambhir, Harleen Kaur, *Attorney for Plaintiff-Appellee*

83. Garcia, Alina, *Defendant*

84. Gardner Bist Bowden, *Attorneys for Defendants*

85. Gelber Schachter & Greenberg PA, *Attorneys for Intervenor Plaintiffs- Appellees*

86. Gibson, Benjamin, *Attorney for Intervenor Defendant*

87. Gladson, Bill, *Defendant*

88. Grady, Alexis, *Attorney for Plaintiffs*

89. Grannum, Shane, *Attorney for Intervenor Plaintiffs-Appellees*

90. Graves, Carson, *Declarant for Plaintiffs*

91. GrayRobinson PA, *Attorneys for Defendants*

92. Greenbaum, Jon, *Attorney for Intervenor Plaintiffs-Appellees*

93. Greenberg, Gerald, *Attorney for Intervenor Plaintiffs-Appellees*

94. Guin, Ava, *Declarant for Plaintiffs*

95. Haller, Cynthia, *Declarant for Plaintiffs*

96. Hancock, Liam, *Attorney for Plaintiffs*

97. Hankins, Christi Jo, *Attorney for Defendant*

98.  Hanson, Corbin, *Attorney for Defendant*

99.  Hardy, Maryssa, *Attorney for Defendant-Appellant*

100. Hart, Travis, *Defendant*

101. Hass, Brian, *Defendant*

102. Hays, Alan, *Defendant*

103. Healy, Karen, *Defendant*

104. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

105. Henderson Fanklin Starnes, *Attorneys for Defendants*

106. Hernando County Attorney's Office, *Attorneys for Defendant*

107. Herron, Mark, *Attorney for Defendant*

108. Herron, Michael, *Declarant for Plaintiffs*

109. Hillsborough County Attorney's Office, *Attorneys for Defendant*

110. Hodie, Sherri, *Defendant*

111. Hoffmeyer, Lisa, *Declarant for Plaintiffs*

112. Holland, Jerry, *Defendant*

113. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

114. Hurst, Alan, *Attorney for Amicus Curiae State of Idaho*

115. Hutto, Laura, *Defendant*

116. Jacobs Scholz & Wyler LLC, *Attorneys for Defendants*

117. Jacobs, Arthur ("Buddy"), *Attorney for Defendants*

118. Janulis, Adam, *Declarant for Plaintiffs*

119. Jazil, Mohammad, *Attorney for Defendant-Appellant*

120. Jonas, Sarah, *Attorney for Defendant*

121. Jones, Tammy, *Defendant*

122. Jouben, Jon, *Attorney for Defendants*

123. Kahn, Jared, *Attorney for Defendant*

124. Katzman, Adam, *Attorney for Defendant*

125. Keen, William, *Defendant*

126. King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs- Appellees*

127. Kinsey, Jennifer, *Defendant*

128. Klein, Spencer, *Attorney for Intervenor Plaintiffs-Appellees*

129. Kramer, Brian, *Defendant*

130. Lang, Danielle, *Attorney for Intervenor Plaintiffs-Appellees*

131. Larizza, R.J., *Defendant*

132. Latimer, Craig, *Defendant*

133. Lavancher, Denise, *Defendant*

134. LaVia III, John, *Attorney for Defendant*

135. League of United Latin American Citizens, *Intervenor Plaintiff-Appellee*

136. League of Women Voters of Florida Education Fund, *Intervenor Plaintiff-Appellee*

137. League of Women Voters of Florida, *Intervenor Plaintiff-Appellee*

138. Leeper, Simone, *Attorney for Intervenor Plaintiffs-Appellees*

139. Leinhart, Kaitlyn, *Defendant*

140. Lewis, Lisa, *Defendant*

141. Link, Wendy, *Defendant*

142. Lopez, Susan, *Defendant*

143. Lux, Paul, *Defendant*

144. Marcus, Julie, *Defendant*

145. Mari, Frank, *Attorney for Defendant*

146. Marks Gray P.A., *Attorneys for Defendants*

147. Martin, Melissa, *Declarant for Plaintiffs*

148. Martin, Melissa, *Intervenor Plaintiff-Appellee*

149. Mastoris, George, *Attorney for Intervenor Plaintiffs-Appellees*

150. May, David, *Defendant*

151. Mays, Tianna, *Attorney for Intervenor Plaintiffs-Appellees*

152. McNalis, Genevieve, *Attorney for Defendant-Appellant*

153. McVay, Bradley, *Attorney for Defendant-Appellant*

154. Meros, Nicholas, *Attorney for Intervenor Defendant*

155. Messer Caparello & Self PA, *Attorneys for Defendant*

156. Messer, Ryan, *Defendant*

157. Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

158. Militello, Pam, *Declarant for Plaintiffs*

159. Milligan, Michelle, *Defendant*

160. Milton, Christopher, *Defendant*

161. Mobley, Valerie, *Declarant for Plaintiffs*

162. Morales, Carlos, *Declarant for Plaintiffs*

163. Morgan, Joseph, *Defendant*

164. Murphy, Hannah, *Attorney for Intervenor Plaintiffs-Appellees*

165. Nabors Giblin & Nickerson PA, *Attorneys for Defendant*

166. Neal, Melissa, *Attorney for Intervenor Plaintiffs-Appellees*

167. Nelson, Melissa, *Defendant*

168. Nordby, Daniel, *Attorney for Intervenor Defendant*

169. Oakes, Vicky, *Defendant*

170. Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

171. Olivo III, Geraldo, *Attorney for Defendants*

172. Olson Sharkey, Emma, *Attorney for Plaintiffs-Appellees*

173. Olson, Victoria, *Declarant for Plaintiffs*

174. Osborne, Deborah, *Defendant*

175. Overturf, Charles, *Defendant*

176. Pennock, Amy, *Defendant*

177. Pereira Bonilla, Ramón, *Declarant for Plaintiffs*

178. Perez, Thomas, *Declarant for Plaintiffs*

179. Perlman, Samantha, *Attorney for Plaintiffs*

180. Pettis, Deidra, *Defendant*

181. Pierce, Rhonda, *Defendant*

182. Pinellas County Attorney's Office, *Attorneys for Defendant*

183. Pinkstaff, Tiffiny, *Attorney for Defendant*

184. Price, Matthew, *Declarant for Plaintiffs*

185. Price, Tara, *Attorney for Intervenor Defendant*

186. Proaño, Juan, *Declarant for Plaintiffs*

187. Pryor, Harold, *Defendant*

188. Ramba, David, *Declarant for Defendants-Appellants*

189. Reardon, Kassandra, *Attorney for Intervenor Defendant*

190. Republican Party of Florida, *Intervenor-Defendant*

191. Reynolds Perez, Devona, *Attorney for Defendant*

192. Rich, Shayna, *Declarant for Plaintiffs*

193. Riley, Heather, *Defendant*

194. Ritter, Quinn, *Attorney for Plaintiffs-Appellees*

195. Roper Townsend & Sutphen, *Attorneys for Defendants*

196. Rosenthal, Oren, *Attorney for Defendant*

197. Scheiner, Will, *Defendant*

198. Scoon, Cecile, *Intervenor Plaintiff-Appellee*

199. Scott, Dale, *Attorney for Defendant*

200. Scott, Joe, *Defendant*

201. Seyfang, Amanda, *Defendant*

202. Shannin Law Firm, *Attorneys for Defendant*

203. Shannin, Nicholas, *Attorney for Defendant*

204. Shapiro, Avner, *Attorney for Plaintiffs-Appellees*

205. Shatzman, Meryl, *Declarant for Plaintiffs*

206. Shaud, Matthew, *Attorney for Defendant*

207. Shutts & Bowen, LLP, *Attorneys for Intervenor-Defendant*

208. Simmons, Jordan, *Declarant for Plaintiffs*

209. Simmons, Jordan, *Plaintiff-Appellee*

210. Smart & Safe Florida, *Intervenor Plaintiff-Appellee*

211. Smith, Diane, *Defendant*

212. Smitha, Bridget, *Attorney for Intervenor Plaintiffs-Appellees*

213. Southerland, Dana, *Defendant*

214. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

215. Spears, Sara, *Attorney for Defendant-Appellant*

216. Stafford III, William, *Attorney for Defendant-Appellant*

217. Stafford, Ben, *Attorney for Plaintiff-Appellee*

218. State Democracy Defenders, *Attorneys for Intervenor Plaintiffs-Appellees*

219. State of Idaho, *Amicus Curiae*

220. Stearns Weaver Miller, *Attorneys for Intervenor Plaintiffs-Appellees*

221. Steiner, Nicholas, *Attorney for Plaintiff-Appellee*

222. Stewart, Gregory, *Attorney for Defendant*

223. Stinson-Brown, Tomi, *Defendant*

224. Swain, Robert, *Attorney for Defendant*

225. Swan, Leslie, *Defendant*

226. Szilagyi, Heather, *Attorney for Intervenor Plaintiffs-Appellees*

227. Taghdiri, Pausha, *Attorney for Defendants*

228. Tartaglia, Melissa, *Attorney for Defendants*

229. Taylor, Sherry, *Defendant*

230. Tessitore Mari Scott PLLC, *Attorneys for Defendant*

231. Todd, Stephen, *Attorney for Defendant*

232. Turner, Ron, *Defendant*

233. Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

234. Valenti, Leah, *Defendant*

235. Villane, Tappie, *Defendant*

236. Volusia County Attorney's Office, *Attorneys for Defendant*

237. Walker, Mark E., *U.S. District Court Judge*

238. Walker, Gertrude, *Defendant*

239. Walsh, Marc, *Declarant for Plaintiffs*

240. Ward, Dennis, *Defendant*

241. Ward, Nina, *Defendant*

242. Wassmer, Carolina, *Declarant for Plaintiffs*

243. Wells, Jacqueline, *Declarant for Plaintiffs*

244. Wermuth, Fredrick, *Attorney for Plaintiffs-Appellees*

245. Wertz, Debbie, *Defendant*

246. Wilcox, Wesley, *Defendant*

247. Williams, H. Russell, *Defendant*

248. Williams, Kenya, *Defendant*

249. Worrell, Monique, *Defendant*

250. Wyler, Douglas, *Attorney for Defendants*


Per Circuit Rule 26.1-2(c), Plaintiffs-Appellees Florida Right to Clean Water and League of Women Voters of Florida certify that the CIP contained herein is complete.

Dated: October 24, 2025

/s/ Spencer Klein
Spencer Klein
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
(202) 594-9958
spencer@statedemocracydefenders.org

*Counsel for Plaintiffs-Appellees League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Inc., League of United Latin American Citizens, Cecile Scoon and Debra Chandler*

/s/ Brent Ferguson
Brent Ferguson
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
bferguson@campaignlegalcenter.org

*Counsel for Plaintiffs-Appellees FloridaRighttoCleanWater.org and Melissa Martin*

BACKGROUND

HB 1205 categorically bars entire classes of people from circulating ballot initiative petitions to Florida voters. HB 1205's eligibility requirements (the "Eligibility Requirements" or, separately, the "Non-U.S. Citizen Restriction" and "Non-Resident Restriction") prohibit individuals who are non-U.S. citizens (including permanent residents and visa holders) and non-residents of Florida from serving as petition circulators. HB 1205 § 6, 2025 Leg. (Fla. 2025) (amending Fla. Stat. § 100.371).[1] HB 1205 also requires volunteer petition circulators "who collect[], deliver[], or otherwise physically possess[]" more than 25 signed petitions, excluding their own or that of an immediate family member, (1) to pre-register as a circulator with the state ("Registration Requirement") and (2) to disclose personal information on the petition form itself ("Affidavit Requirement"). *Id.* And HB 1205 imposes burdensome requirements and potential felony liability on circulators who choose to instead rely on the 25 "personal use" petitions ("Personal Use Restrictions"). *Id.*

Florida Right to Clean Water and Melissa Martin ("RTCW Plaintiffs-Appellees") and the League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Inc., League of United Latin American Citizens, Cecile Scoon, and Debra Chandler ("League Plaintiffs-Appellees") (collectively "RTCW and League

---

[1] HB 1205 also bars individuals with felony convictions who have not had their voting rights restored from collecting signed petitions. While League Plaintiffs challenge that provision in this litigation, they did not seek a preliminary injunction enjoining it.

1

Appellees") each sought to preliminarily enjoin these requirements.[2] *See* Docs. 173, 173-1, 175, 175-1.[3] On July 8, 2025, the district court enjoined the application of Eligibility Requirements as to RTCW Plaintiffs-Appellees. Doc. 283 at 38. Separately, the court enjoined the Non-U.S. Citizen Restriction as to the League Plaintiffs-Appellees, permitting their non-citizen members to continue gathering petitions. *Id.* at 38–39. The district court denied RTCW Plaintiffs-Appellees' motion for preliminary injunction as to the Affidavit Requirement and the Registration Requirement. *Id.* at 38. The district court also denied the League Plaintiffs-Appellees' motion for preliminary injunction as to the Non-Resident Restriction, the Affidavit Requirement, the Registration Requirement, and Personal Use Restrictions. *Id.* at 39.

On July 14, 2025, the Secretary of State and the Attorney General ("Defendants-Appellants") filed notices of appeal, ECF 1-2, and a "time-sensitive motion" seeking an emergency stay of the district court's order preliminarily enjoining the Eligibility Requirements. ECF 2-1.

On July 25, 2025, RTCW Plaintiffs-Appellees filed a notice of cross appeal. ECF 52-2.

---

[2] Only the League Plaintiffs-Appellees sought to preliminarily enjoin the Personal Use Restrictions.

[3] "Doc." refers to the district court docket. "ECF" refers to this Court's docket. Pin cites refer to the page numbers printed on the bottom of the page.

On August 4, 2025, the League Plaintiffs-Appellees filed a notice of cross appeal. ECF 66-2.[4]

On September 9, 2025, this Court granted Defendants-Appellants' stay motion, staying the preliminary relief granted by the district court as to the Eligibility Requirements pending the final resolution of this appeal. ECF 97-1.

Defendants-Appellants' opening appellate brief was filed on October 8, 2025, ECF 111, and RTCW and League Appellees' response briefs and cross appeals are due December 8, 2025.

The bench trial in the district court is currently set to begin on January 26, 2026. Doc. 343. There is no deadline by which the district court must issue its trial decision.

## ARGUMENT

This Court should deny S&S Appellee's motion to stay the briefing schedule. It is not in the interest of judicial economy, nor in RTCW and League Appellees' best interest to stay the briefing schedule in this Court where the parties and their members currently face ongoing injury. In addition to seeking to timely defend the injunction issued by the district court, RTCW and League Appellees seek to pursue their affirmative appeals in this Court to expeditiously vindicate their rights.

RTCW and League Appellees disagree that staying the briefing schedule of this appeal would "benefit" "all the parties." ECF 116 ¶ 16. Although a bench trial in front

---

[4] Smart & Safe Florida Plaintiff-Appellee ("S&S Appellee") did not appeal the district court's order.

of the district court is currently scheduled to begin in late January 2026, it is entirely speculative to suggest that the trial court's decision will be issued before this Court's ruling on the appeal. *Cf. id.* ¶¶ 11–12. In the meantime, RTCW and League Appellees wish to vindicate their right to appeal and would be harmed by S&S Appellee's requested stay.

S&S Appellee's contention that this case presents a "similar procedural posture" to that presented in *Florida State Conf. of Branches & Youth Units of NAACP v. Florida Sec'y of State*, No. 23-12308, 2024 WL 5307199 (11th Cir. Aug. 27, 2024), ECF 116 ¶ 13, is misguided. First, while an expedited trial decision in that case mooted the preliminary injunction appeal for one claim pertaining to the right of non-U.S. citizens to engage in voter registration activities, a preliminary injunction remained in place throughout the appeal, protecting the plaintiffs and their non-U.S. citizen members. Here, this Court has stayed the district court's preliminary relief as to the Eligibility Requirements, and the district court denied relief as to other challenged provisions that are the subject of RTCW and League Appellees' affirmative appeals. ECF 97-1. Relying on the hope that the district court may issue an expedited trial decision like in *Florida NAACP v. Byrd* leaves RTCW and League Appellees and their members without relief in the interim.

Second, the court in *Florida NAACP v. Byrd* issued an expedited trial decision only as to the non-U.S. citizen restriction at issue in that case. But with respect to all other claims, the district court did not issue a trial decision for nearly a year and a half following an April 2024 bench trial. *See Fla. State Conf. of Branches & Youth Units of*

4

*NAACP v. Byrd*, No. 4:23CV215-MW/MAF, 2025 WL 2294931 (N.D. Fla. Aug. 8, 2025). Here, five separate claims are at issue in this appeal. *See supra* Background Section. There is no reason to believe the district court will issue an expedited trial decision on all five claims. As such, RTCW and League Appellees have a right to seek to vindicate their rights in this appeal.

More fundamentally, S&S Appellee cites no case to support the proposition that an appellate court should indefinitely stay a briefing schedule, effectively dismissing multiple parties' appeals, under similar circumstances. The one authority S&S Appellee relies upon, *James v. Hunt*, confirms only that the *district court* has broad discretion to stay proceedings in the interest of judicial economy, in a case where the plaintiffs had filed "a substantial amount" of largely frivolous motions within three months of bringing suit. 761 F. App'x 975, 981 (11th Cir. 2018). That is not the factual or procedural posture here.

Finally, S&S Appellee is not in the same position in front of this Court as RTCW and League Appellees. RTCW and League Appellees have both filed affirmative notices of appeal of the portions of the district court's preliminary injunction order denying them relief, on claims distinct from those at issue in the appeal involving S&S Appellee. *See* ECF 52-2, 66-2. RTCW and League Appellees have the right to pursue their appeals of the order, *see* 28 U.S.C. § 1292(a)(1); Fed. R. App. P. 3–4, and S&S Appellee's position on its own appeal of distinct issues should not prevent RTCW and League Appellees from exercising their rights in front of this Court.

CONCLUSION

For the foregoing reasons, Smart & Safe Florida Plaintiff-Appellee's motion to indefinitely stay the briefing schedule should be denied.

Dated: October 24, 2025

Respectfully Submitted,

/s/ Spencer Klein
Spencer Klein**
Pooja Chaudhuri
Norman Eisen**
Sofia Fernandez Gold**
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
(202) 594-9958
spencer@statedemocracydefenders.org
pooja@statedemocracydefenders.org
norman@statedemocracydefenders.org
sofia@statedemocracydefenders.org

Shane Grannum
Gerald Edward Greenberg
GELBER SCHACHTER & GREENBERG, P.A.
One SE 3rd Avenue, Suite 2600
Miami, FL 33131
(305) 728-0950
sgrannum@gsgpa.com
ggreenberg@gsgpa.com

George E. Mastoris**
Sofia Arguello**
Tyler Dato**
Samantha Osaki*
WINSTON & STRAWN LLP

/s/ Brent Ferguson
Brent Ferguson
Danielle M. Lang
Heather Szilagyi
Ellen Boettcher
Melissa Neal
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
bferguson@campaignlegalcenter.org
dlang@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
eboettcher@campaignlegalcenter.org
mneal@campaignlegalcenter.org

*Counsel for Plaintiffs-Appellees
FloridaRighttoCleanWater.org and Melissa
Martin*

200 Park Ave.
New York, NY 10166
(202) 294-6700
gmastoris@winston.com
sarguello@winston.com
tdato@winston.com
sosaki@winston.com

Jon Greenbaum
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, DC 20038
jgreenbaum@justicels.com
(202) 601-8678

\* Pro hac vice applications forthcoming
\*\* Pro hac vice granted

*Counsel for Plaintiffs-Appellees League of Women
Voters of Florida, League of Women Voters of
Florida Education Fund, Inc., League of United
Latin American Citizens, Cecile Scoon and
Debra Chandler*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Fed. R. App. P. 32(g), I hereby certify that the foregoing Response in Opposition to Motion to Stay contains 1,245 words, consistent with the length limitation in Fed. R. App. P. 27(d)(2). This motion has been prepared using a proportionally spaced typeface using Microsoft Word in 14-point Garamond, consistent with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type styles requirements of Fed. R. App. P. 32(a)(6).

Dated: October 24, 2025

*/s/* Spencer Klein
Spencer Klein

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 24, 2025, I electronically filed the foregoing document using the Court's CM/ECF system, which will serve all counsel of record.

*/s/* Spencer Klein
Spencer Klein
