## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

November 05, 2025

Glenn Thomas Burhans Jr.
Stearns Weaver Miller
106 E COLLEGE AVE STE 700
TALLAHASSEE, FL 32301

Appeal Number: 25-12370-EE
Case Style: Florida Decides Healthcare Inc, et al v. Florida Secretary of State, et al
District Court Docket No: 4:25-cv-00211-MW-MAF

The enclosed order has been ENTERED.

The briefing schedule in the referenced appeal(s) is hereby rescinded for the following reason(s): The briefing schedule has been stayed.

When the above matter(s) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:           404-335-6122
Case Administration:     404-335-6135     Capital Cases:                 404-335-6200
CM/ECF Help Desk:        404-335-6125     Cases Set for Oral Argument:   404-335-6141

MOT-2 Notice of Court Action