**No. 25-12370-E**

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

FLORIDA DECIDES HEALTHCARE, INC., et al,

Plaintiffs-Appellees,

v.

FLORIDA SECRETARY OF STATE, et al,

Defendants-Appellants.

On Appeal from United States District Court
for the Northern District of Florida
No. 4:25-cv-211-MW/MAF

## APPELLEE SMART & SAFE FLORIDA'S
## STATUS REPORT

**STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.**
Glenn Burhans, Jr.
Florida Bar No. 605867
Hannah E. Murphy
Florida Bar No. 1032759
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: (850) 329-4850
Primary: gburhans@stearnsweaver.com
hmurphy@stearnsweaver.com
Secondary: cacosta@stearnsweaver.com
aruddock@stearnsweaver.com
*Attorneys for Appellee Smart & Safe Florida*

*Florida Decides Healthcare, Inc., et al v. Florida Secretary of State, et al*
Case No. 25-12370

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules

26.1-1, the following is an alphabetical list of trial judges, attorneys, persons, firms,

partnerships, and corporations known to have an actual or potential interest in the

outcome of this appeal:

1. Acosta Gaspar de Alba, Ana-Christina, *Declarant for Plaintiffs*

2. Adkins, Janet, *Defendant*

3. Aertker, Susan, *Declarant for Plaintiffs*

4. Alachua County Attorney's Office, *Attorneys for Defendant*

5. Alicea, Delmarie, *Attorney for Intervenor Plaintiffs-Appellees*

6. Ardila, Juan, *Declarant for Plaintiffs*

7. Arnold & Porter LLP, *Attorneys for Intervenor Plaintiffs-Appellees*

8. Arrington, Mary Jane, *Defendant*

9. Asparrin, Michael, *Attorney for Intervenor Plaintiffs-Appellees*

10. Baird, Maureen, *Defendant*

11. Bakkedahl, Thomas, *Defendant*

12. Bardos, Andy, *Attorney for Defendants*

13. Bartlett, Bruce, *Defendant*

14. Barton, Kim, *Defendant*

15. Basford, Larry, *Defendant*

16. Beato, Michael, *Attorney for Defendant-Appellant*

17. Bell, Melony, *Defendant*

18. Bender, Robert, *Defendant*

19. Bennette, Matletha, *Attorney for Plaintiff-Appellee*

20. Bentley & Bruning, *Attorneys for Defendant*s

21. Bentley, Morgan, *Attorney for Defendants*

22. Blazier, Melissa, *Defendant*

23. Bledsoe, William, *Attorney for Defendant*

24. Bobanic, Tim, *Defendant*

25. Boettcher, Ellen, *Attorney for Intervenor Plaintiffs-Appellees*

26. Bottcher, Susan, *Declarant for Plaintiffs*

27. Bowden Madden, Ginger, *Defendant*

28. Bridges, Jonathan, *Declarant for Defendant*s-*Appellants*

29. Brodsky, Ed, *Defendant*

30. Broward County Attorney's Office, *Attorneys for Defendant*

31. Bryant, Matt, *Attorney for Intervenor Plaintiffs-Appellees*

32. Burhans Jr., Glenn, *Attorney for Intervenor Plaintiffs-Appellees*

33. Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

34. Campaign Legal Center, *Attorneys for Intervenor Plaintiffs-Appellees*

35. Campbell, Jack, *Defendant*

36. Castor Dentel, Karen, *Defendant*

37. Chaires, Darbi, *Defendant*

38. Chambless, Chris, *Defendant*

39. Chandler, Debra, *Declarant for Plaintiffs*

40. Chandler, Debra, *Intervenor Plaintiff-Appellee*

41. Chason, Sharon, *Defendant*

42. Chaudhuri, Pooja, *Attorney for Intervenor Plaintiffs-Appellees*

43. Clark, Christopher, *Attorney for Intervenor Plaintiffs-Appellees*

44. Conyers, Grant, *Defendant*

45. Copper, Alexandra, *Attorney for Intervenor Plaintiffs-Appellees*

46. Corley, Brian, *Defendant*

47. Cox, Alexcia, *Defendant*

48. Cox, Meghan, *Declarant for Plaintiffs*

49. Darus, Lisa, *Defendant*

50. Dato, Tyler M., *Attorney for Intervenor Plaintiffs-Appellees*

51. Davis, Ashley, *Attorney for Defendant-Appellant*

52. Davis, Caandra, *Declarant for Plaintiffs*

53. Davis, Vicki, *Defendant*

54. DeBise, Jarvis, *Declarant for Plaintiffs*

55. Democracy Defenders Fund, *Attorneys for Intervenor Plaintiffs-Appellees*

56.Dēmos, *Attorneys for Intervenor Plaintiffs-Appellees*

57.Dixit, Kunal, *Attorney for Intervenor Plaintiffs-Appellees*

58.Dolan, Krista, *Attorney for Plaintiff-Appellee*

59.Doyle, Tommy, *Defendant*

60.Driggers, Heath, *Defendant*

61.Dunaway, Carol, *Defendant*

62.Durrett, John, *Defendant*

63.Earley, Mark, *Defendant*

64.Eisen, Norman, *Attorney for Intervenor Plaintiffs-Appellees*

65.Elias Law Group, *Attorneys for Plaintiffs-Appellees*

66.Elliot, Monica, *Declarant for Plaintiffs*

67.Ellis, Elizabeth, *Attorney for Intervenor Plaintiffs-Appellees*

68.Emerson, Mitchell, *Plaintiff-Appellee*

69.Erdelyi, Susan, *Attorney for Defendants*

70.Escambia County Attorney's Office, *Attorneys for Defendant*

71.Farnham, Aletris, *Defendant*

72.Farrington, Scott, *Defendant*

73.Ferguson, Robert, *Attorney for Intervenor Plaintiffs-Appellees*

74.Fernandez Gold, Sofia, *Attorney for Intervenor Plaintiffs-Appellees*

75.Fernandez Rundle, Katherine, *Defendant*

76. Figg, Mary, *Declarant for Plaintiffs*

77. Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

78. Florida Decides Healthcare, Inc, *Plaintiff-Appellee*

79. Florida Department of State, *Attorneys for Defendant-Appellant*

80. FloridaRightToCleanWater.Org, *Intervenor Plaintiff-Appellee*

81. Fox, Amira, *Defendant*

82. Freedman, John, *Attorney for Intervenor Plaintiffs-Appellees*

83. Galindo, Miranda, *Attorney for Intervenor Plaintiffs-Appellees*

84. Gambhir, Harleen Kaur, *Attorney for Plaintiffs-Appellees*

85. Garcia, Alina, *Defendant*

86. Gardner Bist Bowden, *Attorneys for Defendant*s

87. Gelber Schachter & Greenberg PA, *Attorneys for Intervenor Plaintiffs-Appellees*

88. Gibson, Benjamin, Attorney for *Intervenor Defendant*

89. Gladson, Bill, *Defendant*

90. Grannum, Shane, *Attorney for Intervenor Plaintiffs-Appellees*

91. Graves, Carson, *Declarant for Plaintiffs*

92. GrayRobinson PA, *Attorneys for Defendant*s

93. Greenberg, Gerald, *Attorney for Intervenor Plaintiffs-Appellees*

94. Guin, Ava, *Declarant for Plaintiffs*

95. Haller, Cynthia, *Declarant for Plaintiffs*

96. Hankins, Christi Jo, *Attorney for Defendant*

97. Hanson, Corbin, *Attorney for Defendant*

98. Hardy, Maryssa, *Attorney for Defendant-Appellant*

99. Hart, Travis, *Defendant*

100. Hass, Brian, *Defendant*

101. Hays, Alan, *Defendant*

102. Healy, Karen, *Defendant*

103. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

104. Henderson Fanklin Starnes, *Attorneys for Defendant*s

105. Hernando County Attorney's Office, *Attorneys for Defendant*

106. Herron, Mark, *Attorney for Defendant*

107. Herron, Michael, *Declarant for Plaintiffs*

108. Hillsborough County Attorney's Office, *Attorneys for Defendant*

109. Hodie, Sherri, *Defendant*

110. Hoffmeyer, Lisa, *Declarant for Plaintiffs*

111. Hohnholt, Matthew, *Declarant for Plaintiffs*

112. Holland, Jerry, *Defendant*

113. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

114.    Hutto, Laura, *Defendant*

115.    Jacobs Scholz & Wyler LLC, *Attorneys for Defendants*

116.    Jacobs, Arthur ("Buddy"), *Attorney for Defendants*

117.    Janulis, Adam, *Declarant for Plaintiffs*

118.    Jazil, Mohammad, *Attorney for Defendant-Appellant*

119.    Jonas, Sarah, *Attorney for Defendant*

120.    Jones, Tammy, *Defendant*

121.    Jouben, Jon, *Attorney for Defendants*

122.    Kahn, Jared, *Attorney for Defendant*

123.    Karpatkin, Jeremy, *Attorney for Intervenor Plaintiffs-Appellees*

124.    Katzman, Adam, *Attorney for Defendant*

125.    Keen, William, *Defendant*

126.    Khoshkhoo, Neda, *Attorney for Intervenor Plaintiffs-Appellees*

127.    King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

128.    Kinsey, Jennifer, *Defendant*

129.    Klein, Spencer, *Attorney for Intervenor Plaintiffs-Appellees*

130.    Kramer, Brian, *Defendant*

131.    Lang, Danielle, *Attorney for Intervenor Plaintiffs-Appellees*

132.    Larizza, R.J., *Defendant*

133.    Latimer, Craig, *Defendant*

134.    Latino Justice PRLDEF, *Attorneys for Intervenor Plaintiffs-Appellees*

135.    Lavancher, Denise, *Defendant*

136.    Lavia III, John, *Attorney for Defendant*

137.    League of United Latin American Citizens¸ *Intervenor Plaintiff-Appellee*

138.    League of Women Voters of Florida Education Fund, *Intervenor Plaintiff-Appellee*

139.    League of Women Voters of Florida, *Intervenor Plaintiff-Appellee*

140.    Leeper, Simone, *Attorney for Intervenor Plaintiffs-Appellees*

141.    Leinhart, Kaitlyn, *Defendant*

142.    Lewis, Lisa, *Defendant*

143.    Link, Wendy, *Defendant*

144.    Lopez Garcia, Yivian, *Intervenor Plaintiff-Appellee*

145.    Lopez, Susan, *Defendant*

146.    Lux, Paul, *Defendant*

147.    Marcus, Julie, *Defendant*

148.    Mari, Frank, *Attorney for Defendant*

149.    Marks Gray P.A., *Attorneys for Defendants*

150.    Martin, Melissa, *Declarant for Plaintiffs*

151.    Martin, Melissa, *Intervenor Plaintiff-Appellee*

152.    Mastoris, George, *Attorney for Intervenor Plaintiffs-Appellees*

153.    May, David, *Defendant*

154.    Mays, Tianna, *Attorney for Intervenor Plaintiffs-Appellees*

155.    McClease, Paula, *Declarant for Plaintiffs*

156.    McCrory, Hill, *Declarant for Plaintiffs*

157.    McNalis, Genevieve, *Attorney for Defendant-Appellant*

158.    McVay, Bradley, *Attorney for Defendant-Appellant*

159.    Meros, Nicholas, Attorney for *Intervenor Defendant*

160.    Messer Caparello PA, *Attorneys for Defendant*

161.    Messer, Ryan, *Defendant*

162.    Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

163.    Militello, Pam, *Declarant for Plaintiffs*

164.    Milligan, Michelle, *Defendant*

165.    Milton, Christopher, *Defendant*

166.    Mobley, Valerie, *Declarant for Plaintiffs*

167.    Morales, Carlos, *Declarant for Plaintiffs*

168.    Morgan, Joseph, *Defendant*

169.    Murphy, Hannah, *Attorney for Intervenor Plaintiffs-Appellees*

170.    Nabors Giblin & Nickerson PA, *Attorneys for Defendant*

171.    Neal, Melissa, *Attorney for Intervenor Plaintiffs-Appellees*

172.    Nelson, Melissa, *Defendant*

173.    Nguyen, Phi, *Attorney for Intervenor Plaintiffs-Appellees*

174.    Nordby, Daniel, Attorney for *Intervenor Defendant*

175.    Oakes, Vicky, *Defendant*

176.    Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

177.    Olivo III, Geraldo, *Attorney for Defendants*

178.    Olson Sharkey, Emma, *Attorney for Plaintiffs-Appellees*

179.    Olson, Victoria, *Declarant for Plaintiffs*

180.    Orjuela Prieto, Humberto, *Intervenor Plaintiff-Appellee*

181.    Osborne, Deborah, *Defendant*

182.    Overturf, Charles, *Defendant*

183.    Pennock, Amy, *Defendant*

184.    Pereira Bonilla, Ramón, *Declarant for Plaintiffs*

185.    Perez, Thomas, *Declarant for Plaintiffs*

186.    Pettis, Deidra, *Defendant*

187.    Pierce, Rhonda, *Defendant*

188.    Pinellas County Attorney's Office, *Attorneys for Defendant*

189.    Pinkstaff, Tiffiny, *Attorney for Defendant*

190.    Poder LatinX, *Intervenor Plaintiff-Appellee*

191.    Prestipino, Rachel, *Declarant for Plaintiffs*

192.    Price, Matthew, *Declarant for Plaintiffs*

193.    Price, Tara, *Attorney for Intervenor Defendant*

194.    Proaño, Juan, *Declarant for Plaintiffs*

195.    Pryor, Harold, *Defendant*

196.    Ramba, David, *Declarant for Defendant*s-Appellants

197.    Reardon, Kassandra, *Attorney for Intervenor Defendant*

198.    Republican Party of Florida, *Intervenor-Defendant*

199.    Reynolds Perez, Devona, *Attorney for Defendant*

200.    Rich, Shayna, *Declarant for Plaintiffs*

201.    Riley, Heather, *Defendant*

202.    Ritter, Quinn, *Attorney for Plaintiffs-Appellees*

203.    Roehrig, Kristen, *Attorney for Intervenor Plaintiffs-Appellees*

204.    Roper Townsend & Sutphen, *Attorneys for Defendant*s

205.    Rosenthal, Oren, *Attorney for Defendant*

206.    Ruiz, Cesar, *Attorney for Intervenor Plaintiffs-Appellees*

207.    Scheiner, Will, *Defendant*

208.    Scoon, Cecile, *Intervenor Plaintiff-Appellee*

209.    Scott, Dale, *Attorney for Defendant*

210.        Scott, Joe, *Defendant*

211.        Seyfang, Amanda, *Defendant*

212.        Shannin Law Firm, *Attorneys for Defendant*

213.        Shannin, Nicholas, *Attorney for Defendant*

214.        Shapiro, Avner, *Attorney for Plaintiffs-Appellees*

215.        Shatzman, Meryl, *Declarant for Plaintiffs*

216.        Shaud, Matthew, *Attorney for Defendant*

217.        Shutts & Bowen, LLP, *Attorneys for Intervenor-Defendant*

218.        Simmons, Jordan, *Declarant for Plaintiffs*

219.        Simmons, Jordan, *Plaintiff-Appellee*

220.        Smart & Safe Florida, *Intervenor Plaintiff-Appellee*

221.        Smith, Diane, *Defendant*

222.        Smitha, Bridget, *Attorney for Intervenor Plaintiffs-Appellees*

223.        Southerland, Dana, *Defendant*

224.        Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

225.        Spears, Sara, *Attorney for Defendant-Appellant*

226.        Stafford III, William, *Attorney for Defendant-Appellant*

227.        Stafford, Ben, *Attorney for Plaintiff-Appellee*

228.        State Democracy Defenders, *Attorneys for Intervenor Plaintiffs-Appellees*

229.    Stearns Weaver Miller, *Attorneys for Intervenor Plaintiffs-Appellees*

230.    Steiner, Nocholas, *Attorney for Plaintiff-Appellee*

231.    Stewart, Gregory, *Attorney for Defendant*

232.    Stinson-Brown, Tomi, *Defendant*

233.    Swain, Robert, *Attorney for Defendant*

234.    Swan, Leslie, *Defendant*

235.    Szilagyi, Heather, *Attorney for Intervenor Plaintiffs-Appellees*

236.    Taghdiri, Pausha, *Attorney for Defendants*

237.    Tartaglia, Melissa, *Attorney for Defendants*

238.    Taylor, Sherry, *Defendant*

239.    Tessitore Mari Scott PLLC, *Attorneys for Defendant*

240.    Todd, Stephen, *Attorney for Defendant*

241.    Turner, Ron, *Defendant*

242.    Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

243.    Valenti, Leah, *Defendant*

244.    Villane, Tappie, *Defendant*

245.    Volusia County Attorney's Office, *Attorneys for Defendant*

246.    Walker, Mark E., *U.S. District Court Judge*

247.    Walker, Gertrude, *Defendant*

248.    Walsh, Marc, *Declarant for Plaintiffs*

249.    Ward, Dennis, *Defendant*

250.    Ward, Nina, *Defendant*

251.    Wassmer, Carolina, *Declarant for Plaintiffs*

252.    Wells, Jacqueline, *Declarant for Plaintiffs*

253.    Wermuth, Fredrick, *Attorney for Plaintiffs-Appellees*

254.    Wertz, Debbie, *Defendant*

255.    White, Jessica, *Declarant for Plaintiffs*

256.    Wilcox, Wesley, *Defendant*

257.    Williams, H. Russell, *Defendant*

258.    Williams, Kenya, *Defendant*

259.    Winston & Strawn LLP, *Attorneys for Plaintiffs-Appellees*

260.    Wittstein, Nicole E., *Attorney for Plaintiffs-Appellees*

261.    Worrell, Monique, *Defendant*

262.    Wyler, Douglas, *Attorney for Defendants*

## STATUS REPORT

1.      On November 5, 2025, this Court entered an Order granting Smart & Safe Florida's ("Smart & Safe") Motion to Stay Briefing Schedule and directing Smart & Safe to file status reports with the Court every 60 days regarding the purpose for the stay. Doc. 125-2 ("Briefing Order"). Pursuant to that Order, Smart & Safe files the instant report.

2.      On December 8, 2025, the District Court reset the bench trial for February 9, 2026, 9 am. ECF No. 563.

3.      The stay of the briefing schedule continues to serve the Briefing Order's purpose.

DATED:     January 5, 2026.

Respectfully submitted,

*s/Glenn Burhans, Jr.*
Glenn Burhans, Jr., Esq.
Florida Bar No. 605867
Hannah E. Murphy, Esq.
Florida Bar No. 1032759
STEARNS WEAVER MILLER
WEISSLER ALHADEFF
& SITTERSON, P.A.
106 E. College Avenue, Suite 700
Tallahassee, Florida 32301
Telephone: (850) 580-7200
gburhans@stearnsweaver.com
hmurphy@stearnsweaver.com
cacosta@stearnsweaver.com
abrantley@stearnsweaver.com

1

aruddock@stearnsweaver.com
*Counsel for Smart & Safe Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Glenn Burhans, Jr.*

Glenn Burhans, Jr., Esq.
