No. 25-12370-E

## UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

FLORIDA DECIDES HEALTHCARE, INC., ET AL.,

*Plaintiffs-Appellees*,

v.

FLORIDA SECRETARY OF STATE, ET AL.,

*Defendants-Appellants*.

On Appeal from United States District Court
for the Northern District of Florida
No. 4:25-cv-211-MW-MAF

## PLAINTIFFS-APPELLEES' MOTION TO INDEFINITELY EXTEND DEADLINE TO RESPOND TO INITIAL BRIEF

Danielle M. Lang
Brent Ferguson
Heather Szilagyi
Ellen Boettcher
Melissa Neal
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Telephone: (202) 736-2200
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
eboettcher@campaignlegalcenter.org
mneal@campaignlegalcenter.org
*Counsel for Plaintiffs-Appellees*
*FloridaRighttoCleanWater.org and*
*Melissa Martin*

Glenn Burhans, Jr.
Florida Bar No. 605867
Hannah E. Murphy
Florida Bar No. 1032759
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: (850) 329-4850
gburhans@stearnsweaver.com
hmurphy@stearnsweaver.com
cacosta@stearnsweaver.com
cdacosta@stearnsweaver.com
*Counsel for Plaintiff-Appellee Smart &*
*Safe Florida*

Frederick S. Wermuth
Florida Bar No. 0184111
Quinn B. Ritter
Florida Bar No. 1018135
KING, BLACKWELL, ZEHNDER &
WERMUTH, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com
*Counsel for Plaintiffs-Appellees
Florida Decides Healthcare, Mitchell
Emerson, and Jordan Simmons*

Matletha Bennette
Florida Bar No. 1003257
Krista Dolan
Florida Bar No. 1012147
SOUTHERN POVERTY LAW CENTER
P.O. Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
Matletha.bennette@splcenter.org
*Counsel for Plaintiffs-Appellees Florida
Decides Healthcare, Mitchell Emerson,
and Jordan Simmons*

Avner Shapiro
Bradley E. Heard
Nicholas Taichi Steiner
SOUTHERN POVERTY LAW CENTER
17th St NW Ste 550
Washington, DC 20036
Avner.shapiro@splcenter.org
bradley.heard@splcenter.org
nick.steiner@splcenter.org
*Counsel for Plaintiffs-Appellees
Florida Decides Healthcare, Mitchell
Emerson, and Jordan Simmons*

Ben Stafford
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
bstafford@elias.law
*Counsel for Plaintiffs-Appellees Florida
Decides Healthcare, Mitchell Emerson,
and Jordan Simmons*

Harleen K. Gambhir
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Ste 400
Washington, D.C. 20001
Telephone: (202) 968-4490
hgambhir@elias.law
*Counsel for Plaintiffs-Appellees
Florida Decides Healthcare, Mitchell
Emerson, and Jordan Simmons*

Jon Greenbaum
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, DC 20038
Telephone: (202) 601-8678
jgreenbaum@justicels.com
*Counsel for Plaintiffs-Appellees
League of Women Voters of Florida,
League of Women Voters of Florida
Education Fund, Inc., League of United
Latin American Citizens, Cecile Scoon,
and Debra Chandler*

Pooja Chaudhuri
Spencer Klein
Norman Eisen
Tianna Mays
Sofia Fernandez Gold
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958
pooja@statedemocracydefenders.org
spencer@statedemocracydefenders.org
norman@statedemocracydefenders.org
tianna@statedemocracydefenders.org
sofia@statedemocracydefenders.org
*Counsel for Plaintiffs-Appellees
League of Women Voters of Florida,
League of Women Voters of Florida
Education Fund, Inc., League of United
Latin American Citizens, Cecile Scoon,
and Debra Chandler*

George E. Mastoris
Sofia Arguello
Tyler Dato
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
Telephone: (202) 294-6700
gmastoris@winston.com
sarguello@winston.com
tdato@winston.com
*Counsel for Plaintiffs-Appellees
League of Women Voters of Florida,
League of Women Voters of Florida
Education Fund, Inc., League of United
Latin American Citizens, Cecile Scoon,
and Debra Chandler*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules

26.1-1, the following is an alphabetical list of trial judges, attorneys, persons, firms,

partnerships, and corporations known to have an actual or potential interest in the

outcome of this appeal:

1.   Acosta Gaspar de Alba, Ana-Christina, *Declarant for Plaintiffs*

2.   Adkins, Janet, *Defendant*

3.   Aertker, Susan, *Declarant for Plaintiffs*

4.   Alachua County Attorney's Office, *Attorneys for Defendant*

5.   Alicea, Delmarie, *Attorney for Intervenor Plaintiffs-Appellees*

6.   Ardila, Juan, *Declarant for Plaintiffs*

7.   Arnold & Porter LLP, *Attorneys for Intervenor Plaintiffs-Appellees*

8.   Arrington, Mary Jane, *Defendant*

9.   Asparrin, Michael, *Attorney for Intervenor Plaintiffs-Appellees*

10.  Baird, Maureen, *Defendant*

11.  Bakkedahl, Thomas, *Defendant*

12.  Bardos, Andy, *Attorney for Defendants*

13.  Bartlett, Bruce, *Defendant*

14.  Barton, Kim, *Defendant*

C-1 of 14

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

15.   Basford, Larry, *Defendant*

16.   Beato, Michael, *Attorney for Defendant-Appellant*

17.   Bell, Melony, *Defendant*

18.   Bender, Robert, *Defendant*

19.   Bennette, Matletha, *Attorney for Plaintiff-Appellee*

20.   Bentley & Bruning, *Attorneys for Defendant*s

21.   Bentley, Morgan, *Attorney for Defendants*

22.   Blazier, Melissa, *Defendant*

23.   Bledsoe, William, *Attorney for Defendant*

24.   Bobanic, Tim, *Defendant*

25.   Boettcher, Ellen, *Attorney for Intervenor Plaintiffs-Appellees*

26.   Bottcher, Susan, *Declarant for Plaintiffs*

27.   Bowden Madden, Ginger, *Defendant*

28.   Bridges, Jonathan, *Declarant for Defendants-Appellants*

29.   Brodsky, Ed, *Defendant*

30.   Broward County Attorney's Office, *Attorneys for Defendant*

31.   Bryant, Matt, *Attorney for Intervenor Plaintiffs-Appellees*

32.   Burhans Jr., Glenn, *Attorney for Intervenor Plaintiffs-Appellees*

33.   Byrd, Cord, Florida Secretary of State, *Defendant-Appellant*

34.   Campaign Legal Center, *Attorneys for Intervenor Plaintiffs-Appellees*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

35.  Campbell, Jack, *Defendant*

36.  Castor Dentel, Karen, *Defendant*

37.  Chaires, Darbi, *Defendant*

38.  Chambless, Chris, *Defendant*

39.  Chandler, Debra, *Declarant for Plaintiffs*

40.  Chandler, Debra, *Intervenor Plaintiff-Appellee*

41.  Chason, Sharon, *Defendant*

42.  Chaudhuri, Pooja, *Attorney for Intervenor Plaintiffs-Appellees*

43.  Clark, Christopher, *Attorney for Intervenor Plaintiffs-Appellees*

44.  Conyers, Grant, *Defendant*

45.  Copper, Alexandra, *Attorney for Intervenor Plaintiffs-Appellees*

46.  Corley, Brian, *Defendant*

47.  Cox, Alexcia, *Defendant*

48.  Cox, Meghan, *Declarant for Plaintiffs*

49.  Darus, Lisa, *Defendant*

50.  Dato, Tyler M., *Attorney for Intervenor Plaintiffs-Appellees*

51.  Davis, Ashley, *Attorney for Defendant-Appellant*

52.  Davis, Caandra, *Declarant for Plaintiffs*

53.  Davis, Vicki, *Defendant*

54.  DeBise, Jarvis, *Declarant for Plaintiffs*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

55.  Democracy Defenders Fund, *Attorneys for Intervenor Plaintiffs-Appellees*

56.  Dēmos, *Attorneys for Intervenor Plaintiffs-Appellees*

57.  Dixit, Kunal, *Attorney for Intervenor Plaintiffs-Appellees*

58.  Dolan, Krista, *Attorney for Plaintiff-Appellee*

59.  Doyle, Tommy, *Defendant*

60.  Driggers, Heath, *Defendant*

61.  Dunaway, Carol, *Defendant*

62.  Durrett, John, *Defendant*

63.  Earley, Mark, *Defendant*

64.  Eisen, Norman, *Attorney for Intervenor Plaintiffs-Appellees*

65.  Elias Law Group, *Attorneys for Plaintiffs-Appellees*

66.  Elliot, Monica, *Declarant for Plaintiffs*

67.  Ellis, Elizabeth, *Attorney for Intervenor Plaintiffs-Appellees*

68.  Emerson, Mitchell, *Plaintiff-Appellee*

69.  Erdelyi, Susan, *Attorney for Defendants*

70.  Escambia County Attorney's Office, *Attorneys for Defendant*

71.  Farnham, Aletris, *Defendant*

72.  Farrington, Scott, *Defendant*

73.  Ferguson, Robert, *Attorney for Intervenor Plaintiffs-Appellees*

74.  Fernandez Gold, Sofia, *Attorney for Intervenor Plaintiffs-Appellees*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

75.  Fernandez Rundle, Katherine, *Defendant*

76.  Figg, Mary, *Declarant for Plaintiffs*

77.  Florida Attorney General's Office, *Attorneys for Defendant-Appellant*

78.  Florida Decides Healthcare, Inc, *Plaintiff-Appellee*

79.  Florida Department of State, *Attorneys for Defendant-Appellant*

80.  FloridaRightToCleanWater.Org, *Intervenor Plaintiff-Appellee*

81.  Fox, Amira, *Defendant*

82.  Freedman, John, *Attorney for Intervenor Plaintiffs-Appellees*

83.  Galindo, Miranda, *Attorney for Intervenor Plaintiffs-Appellees*

84.  Gambhir, Harleen Kaur, *Attorney for Plaintiffs-Appellees*

85.  Garcia, Alina, *Defendant*

86.  Gardner Bist Bowden, *Attorneys for Defendant*s

87.  Gelber Schachter & Greenberg PA, *Attorneys for Intervenor Plaintiffs-Appellees*

88.  Gibson, Benjamin, Attorney for *Intervenor Defendant*

89.  Gladson, Bill, *Defendant*

90.  Grannum, Shane, *Attorney for Intervenor Plaintiffs-Appellees*

91.  Graves, Carson, *Declarant for Plaintiffs*

92.  GrayRobinson PA, *Attorneys for Defendant*s

93.  Greenberg, Gerald, *Attorney for Intervenor Plaintiffs-Appellees*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

94.  Guin, Ava, *Declarant for Plaintiffs*

95.  Haller, Cynthia, *Declarant for Plaintiffs*

96.  Hankins, Christi Jo, *Attorney for Defendant*

97.  Hanson, Corbin, *Attorney for Defendant*

98.  Hart, Travis, *Defendant*

99.  Hass, Brian, *Defendant*

100. Hays, Alan, *Defendant*

101. Healy, Karen, *Defendant*

102. Heard, Bradley, *Attorney for Plaintiffs-Appellees*

103. Henderson Fanklin Starnes, *Attorneys for Defendant*s

104. Hernando County Attorney's Office, *Attorneys for Defendant*

105. Herron, Mark, *Attorney for Defendant*

106. Herron, Michael, *Declarant for Plaintiffs*

107. Hillsborough County Attorney's Office, *Attorneys for Defendant*

108. Hodie, Sherri, *Defendant*

109. Hoffmeyer, Lisa, *Declarant for Plaintiffs*

110. Hohnholt, Matthew, *Declarant for Plaintiffs*

111. Holland, Jerry, *Defendant*

112. Holtzman Vogel Baran Torchinsky & Josefiak, *Attorneys for Defendant-Appellant*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

113. Hutto, Laura, *Defendant*

114. Jacobs Scholz & Wyler LLC, *Attorneys for Defendant*s

115. Jacobs, Arthur ("Buddy"), *Attorney for Defendants*

116. Janulis, Adam, *Declarant for Plaintiffs*

117. Jazil, Mohammad, *Attorney for Defendant-Appellant*

118. Jonas, Sarah, *Attorney for Defendant*

119. Jones, Tammy, *Defendant*

120. Jouben, Jon, *Attorney for Defendants*

121. Kahn, Jared, *Attorney for Defendant*

122. Karpatkin, Jeremy, *Attorney for Intervenor Plaintiffs-Appellees*

123. Katzman, Adam, *Attorney for Defendant*

124. Keen, William, *Defendant*

125. Khoshkhoo, Neda, *Attorney for Intervenor Plaintiffs-Appellees*

126. King, Blackwell, Zehnder & Wermuth P.A., *Attorneys for Plaintiffs-Appellees*

127. Kinsey, Jennifer, *Defendant*

128. Klein, Spencer, *Attorney for Intervenor Plaintiffs-Appellees*

129. Kramer, Brian, *Defendant*

130. Lang, Danielle, *Attorney for Intervenor Plaintiffs-Appellees*

131. Larizza, R.J., *Defendant*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

132. Latimer, Craig, *Defendant*

133. Latino Justice PRLDEF, *Attorneys for Intervenor Plaintiffs-Appellees*

134. Lavancher, Denise, *Defendant*

135. Lavia III, John, *Attorney for Defendant*

136. League of United Latin American Citizens¸ *Intervenor Plaintiff-Appellee*

137. League of Women Voters of Florida Education Fund, *Intervenor Plaintiff-Appellee*

138. League of Women Voters of Florida, *Intervenor Plaintiff-Appellee*

139. Leeper, Simone, *Attorney for Intervenor Plaintiffs-Appellees*

140. Leinhart, Kaitlyn, *Defendant*

141. Lewis, Lisa, *Defendant*

142. Link, Wendy, *Defendant*

143. Lopez Garcia, Yivian, *Intervenor Plaintiff-Appellee*

144. Lopez, Susan, *Defendant*

145. Lux, Paul, *Defendant*

146. Marcus, Julie, *Defendant*

147. Mari, Frank, *Attorney for Defendant*

148. Marks Gray P.A., *Attorneys for Defendant*s

149. Martin, Melissa, *Declarant for Plaintiffs*

150. Martin, Melissa, *Intervenor Plaintiff-Appellee*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

151. Mastoris, George, *Attorney for Intervenor Plaintiffs-Appellees*

152. May, David, *Defendant*

153. Mays, Tianna, *Attorney for Intervenor Plaintiffs-Appellees*

154. McClease, Paula, *Declarant for Plaintiffs*

155. McCrory, Hill, *Declarant for Plaintiffs*

156. McNalis, Genevieve, *Attorney for Defendant-Appellant*

157. McVay, Bradley, *Attorney for Defendant-Appellant*

158. Meros, Nicholas, Attorney for *Intervenor Defendant*

159. Messer Caparello PA, *Attorneys for Defendant*

160. Messer, Ryan, *Defendant*

161. Miami-Dade Supervisor of Elections Office, *Attorneys for Defendant*

162. Militello, Pam, *Declarant for Plaintiffs*

163. Milligan, Michelle, *Defendant*

164. Milton, Christopher, *Defendant*

165. Mobley, Valerie, *Declarant for Plaintiffs*

166. Morales, Carlos, *Declarant for Plaintiffs*

167. Morgan, Joseph, *Defendant*

168. Murphy, Hannah, *Attorney for Intervenor Plaintiffs-Appellees*

169. Nabors Giblin & Nickerson PA, *Attorneys for Defendant*

170. Neal, Melissa, *Attorney for Intervenor Plaintiffs-Appellees*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

171. Nelson, Melissa, *Defendant*

172. Nguyen, Phi, *Attorney for Intervenor Plaintiffs-Appellees*

173. Nordby, Daniel, Attorney for *Intervenor Defendant*

174. Oakes, Vicky, *Defendant*

175. Office of the General Counsel, City of Jacksonville, *Attorneys for Defendant*

176. Olivo III, Geraldo, *Attorney for Defendants*

177. Olson Sharkey, Emma, *Attorney for Plaintiffs-Appellees*

178. Olson, Victoria, *Declarant for Plaintiffs*

179. Orjuela Prieto, Humberto, *Intervenor Plaintiff-Appellee*

180. Osborne, Deborah, *Defendant*

181. Overturf, Charles, *Defendant*

182. Pennock, Amy, *Defendant*

183. Pereira Bonilla, Ramón, *Declarant for Plaintiffs*

184. Perez, Thomas, *Declarant for Plaintiffs*

185. Pettis, Deidra, *Defendant*

186. Pierce, Rhonda, *Defendant*

187. Pinellas County Attorney's Office, *Attorneys for Defendant*

188. Pinkstaff, Tiffiny, *Attorney for Defendant*

189. Poder LatinX, *Intervenor Plaintiff-Appellee*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

190. Prestipino, Rachel, *Declarant for Plaintiffs*

191. Price, Matthew, *Declarant for Plaintiffs*

192. Price, Tara, *Attorney for Intervenor Defendant*

193. Proaño, Juan, *Declarant for Plaintiffs*

194. Pryor, Harold, *Defendant*

195. Ramba, David, *Declarant for Defendant*s-Appellants

196. Reardon, Kassandra, *Attorney for Intervenor Defendant*

197. Republican Party of Florida, *Intervenor-Defendant*

198. Reynolds Perez, Devona, *Attorney for Defendant*

199. Rich, Shayna, *Declarant for Plaintiffs*

200. Riley, Heather, *Defendant*

201. Ritter, Quinn, *Attorney for Plaintiffs-Appellees*

202. Roehrig, Kristen, *Attorney for Intervenor Plaintiffs-Appellees*

203. Roper Townsend & Sutphen, *Attorneys for Defendant*s

204. Rosenthal, Oren, *Attorney for Defendant*

205. Ruiz, Cesar, *Attorney for Intervenor Plaintiffs-Appellees*

206. Scheiner, Will, *Defendant*

207. Scoon, Cecile, *Intervenor Plaintiff-Appellee*

208. Scott, Dale, *Attorney for Defendant*

209. Scott, Joe, *Defendant*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.,*
No. 25-12370-E

210. Seyfang, Amanda, *Defendant*

211. Shannin Law Firm, *Attorneys for Defendant*

212. Shannin, Nicholas, *Attorney for Defendant*

213. Shapiro, Avner, *Attorney for Plaintiffs-Appellees*

214. Shatzman, Meryl, *Declarant for Plaintiffs*

215. Shaud, Matthew, *Attorney for Defendant*

216. Shutts & Bowen, LLP, *Attorneys for Intervenor-Defendant*

217. Simmons, Jordan, *Declarant for Plaintiffs*

218. Simmons, Jordan, *Plaintiff-Appellee*

219. Smart & Safe Florida, *Intervenor Plaintiff-Appellee*

220. Smith, Diane, *Defendant*

221. Smitha, Bridget, *Attorney for Intervenor Plaintiffs-Appellees*

222. Southerland, Dana, *Defendant*

223. Southern Poverty Law Center, *Attorneys for Plaintiffs-Appellees*

224. Spears, Sara, *Attorney for Defendant-Appellant*

225. Stafford III, William, *Attorney for Defendant-Appellant*

226. Stafford, Ben, *Attorney for Plaintiff-Appellee*

227. State Democracy Defenders, *Attorneys for Intervenor Plaintiffs-Appellees*

228. Stearns Weaver Miller, *Attorneys for Intervenor Plaintiffs-Appellees*

229. Steiner, Nocholas, *Attorney for Plaintiff-Appellee*

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.*,
No. 25-12370-E

230. Stewart, Gregory, *Attorney for Defendant*

231. Stinson-Brown, Tomi, *Defendant*

232. Swain, Robert, *Attorney for Defendant*

233. Swan, Leslie, *Defendant*

234. Szilagyi, Heather, *Attorney for Intervenor Plaintiffs-Appellees*

235. Taghdiri, Pausha, *Attorney for Defendants*

236. Tartaglia, Melissa, *Attorney for Defendants*

237. Taylor, Sherry, *Defendant*

238. Tessitore Mari Scott PLLC, *Attorneys for Defendant*

239. Todd, Stephen, *Attorney for Defendant*

240. Turner, Ron, *Defendant*

241. Uthmeier, James, Florida Attorney General, *Defendant-Appellant*

242. Valenti, Leah, *Defendant*

243. Villane, Tappie, *Defendant*

244. Volusia County Attorney's Office, *Attorneys for Defendant*

245. Walker, Mark E., *U.S. District Court Judge*

246. Walker, Gertrude, *Defendant*

247. Walsh, Marc, *Declarant for Plaintiffs*

248. Ward, Dennis, *Defendant*

249. Ward, Nina, *Defendant*

C-13 of 14

*Florida Decides Healthcare Inc, et al. v. Florida Secretary of State, et al.,*
No. 25-12370-E

250. Wassmer, Carolina, *Declarant for Plaintiffs*

251. Wells, Jacqueline, *Declarant for Plaintiffs*

252. Wermuth, Fredrick, *Attorney for Plaintiffs-Appellees*

253. Wertz, Debbie, *Defendant*

254. White, Jessica, *Declarant for Plaintiffs*

255. Wilcox, Wesley, *Defendant*

256. Williams, H. Russell, *Defendant*

257. Williams, Kenya, *Defendant*

258. Winston & Strawn LLP, *Attorneys for Plaintiffs-Appellees*

259. Wittstein, Nicole E., *Attorney for Plaintiffs-Appellees*

260. Worrell, Monique, *Defendant*

261. Wyler, Douglas, *Attorney for Defendants*

**MOTION TO EXTEND DEADLINE**

Pursuant to Federal Rule of Appellate Procedure 26(b), Plaintiffs-Appellees-Cross Appellants FloridaRighttoCleanWater.org and Melissa Martin ("RTCW"), Plaintiffs-Appellees Smart & Safe Florida ("Smart & Safe"), Plaintiffs-Appellees-Cross Appellants League of Women Voters of Florida, League of Women Voters of Florida Education Fund, Inc., League of United Latin American Citizens, Cecile Scoon, and Debra Chandler ("League Plaintiffs"), as well as Plaintiffs-Appellees-Cross Appellants Florida Decides Healthcare, Mitchell Emerson, and Jordan Simmons ("FDH"), (collectively "Plaintiffs-Appellees"), move to indefinitely extend the deadline to file the initial brief, and state as follows:

1.     On July 8, 2025, the District Court entered an Order granting in part and denying in part Plaintiffs' various motions for preliminary injunction. ECF No. 283[1] (the "PI Order"). The PI Order granted preliminary relief as it related to portions of HB 1205, including prohibitions against the circulation of petitions in support of amending the Florida Constitution by non-Florida-residents (the "Non-Resident Prohibition") and non-U.S. citizens (the "Non-Citizen Prohibition").

---

[1] Reference to the District Court docket, Case No. 4:25-cv-00211-MW-MAF, will be indicated by "ECF No. #". Reference to this Court's docket will be indicated by "Dkt. #".

2.      On July 14, 2025, the Attorney General and Secretary filed a notice of appeal and a Time Sensitive Motion to Stay Pending Appeal. Dkt. ## 1, 2 ("Stay Motion").

3.      On July 15, 2025, the Republican Party of Florida ("RPOF") filed a notice of appeal. Dkt. # 4.

4.      On July 25, 2025, RTCW and Melissa Martin filed a notice of cross appeal. Dkt. # 52.

5.      On July 25, 2025, FDH, Mitchell Emerson, and Jordan Simmons filed a notice of cross appeal. Dkt. # 60.

6.      On August 4, 2025, League Plaintiffs filed a notice of cross appeal. Dkt. # 66.

7.      On September 9, 2025, this Court granted the Stay Motion, staying the preliminary relief granted by the District Court pending the final resolution of appeal. Dkt. # 97 ("Stay Order").

8.      Defendants-Appellants' initial briefs were filed on October 8, 2025. Dkt. ## 111, 112.

9.      On November 5, 2025, this Court entered an Order granting Smart & Safe's Motion to Stay Briefing Schedule and directing Smart & Safe to file status reports with the Court every 60 days regarding the purpose for the stay. Dkt. # 125-2 ("Briefing Order").

10.     The District Court held a bench trial in this case from February 9 through February 20, 2026. *See* ECF No. 657.

2

11.    The District Court entered a Final Order on the Merits, ECF No. 679, and final judgment. ECF Nos. 680–84, on April 30, 2026. The Court dismissed claims as moot for prudential reasons, for lack of standing, and otherwise entered judgment in favor of Defendants.

12.    On May 6, 2026, this Court entered a briefing notice directing Appellees/Cross-Appellants to file their initial briefs within 30 days. Dkt. # 137.

13.    In light of the District Court's final judgment on the merits and thus, rendering the Appeal moot, Plaintiffs-Appellees filed a Motion to Dismiss Appeal ("Motion to Dismiss"), which is pending before this Court. *See Upside Foods Inc v. Comm'r, Fla. Dep't of Agric. & Consumer Servs.*, 171 F.4th 1239, 1249 (11th Cir. 2026) ("[T]he entry of a final judgment moots an interlocutory appeal about a preliminary injunction.") (citing *Harper ex rel. Harper v. Poway Unified Sch. Dist.*, 549 U.S. 1262, 1262 (2007)); *see also Graham v. Att'y Gen., State of Ga.*, 110 F.4th 1239, 1246 (11th Cir. 2024) (dismissing appeal after the underlying dispute became moot). Dkt. # 139.

14.    On June 4, 2026, this Court granted a 30-day extension for Plaintiffs-Appellees to file their initial briefs. Dkt. # 140.

15.    Given the pending Motion to Dismiss, Plaintiffs-Appellees respectfully request that this Court grant an indefinite extension to file their initial brief until 30 days following disposition of that motion.

3

**WHEREFORE**, for the foregoing reasons, Plaintiffs-Appellees respectfully request that this Court grant this Motion to Indefinitely Extend the Deadline to file the initial brief until 30 days after disposition of the Motion to Dismiss.

DATED:  June 11, 2026.

Respectfully submitted,

/s/ Brent Ferguson
Danielle M. Lang
Brent Ferguson
Heather Szilagyi
Ellen Boettcher
Melissa Neal
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Telephone: (202) 736-2200
dlang@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
eboettcher@campaignlegalcenter.org
mneal@campaignlegalcenter.org
*Counsel for Plaintiffs-Appellees*
*FloridaRighttoCleanWater.org*
*and Melissa Martin*

Glenn Burhans, Jr., Esq.
Florida Bar No. 605867
Hannah E. Murphy, Esq.
Florida Bar No. 1032759
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON,
P.A.
106 E. College Avenue, Suite 700
Tallahassee, Florida 32301
Telephone: (850) 580-7200
gburhans@stearnsweaver.com
hmurphy@stearnsweaver.com
cacosta@stearnsweaver.com
abrantley@stearnsweaver.com
cdacosta@stearnsweaver.com
*Counsel for Smart & Safe Florida*

George E. Mastoris
Sofia Arguello
Tyler Dato
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
Telephone: (202) 294-6700
gmastoris@winston.com
sarguello@winston.com
tdato@winston.com

Pooja Chaudhuri
Spencer Klein
Norman Eisen
Tianna Mays
Sofia Fernandez Gold
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE,
Suite 15180
Washington, DC 20003
Telephone: (202) 594-9958
pooja@statedemocracydefenders.org
spencer@statedemocracydefenders.org
norman@statedemocracydefenders.org
tianna@statedemocracydefenders.org
sofia@statedemocracydefenders.org

Jon Greenbaum
JUSTICE LEGAL STRATEGIES PLLC
P.O. Box 27015
Washington, DC 20038
Telephone: (202) 601-8678
jgreenbaum@justicels.com
*Counsel for Plaintiffs-Appellees*
*League of Women Voters of Florida,*
*League of Women Voters of Florida*
*Education Fund, Inc., League of*
*United Latin American Citizens,*
*Cecile Scoon, and Debra Chandler*

5

Frederick S. Wermuth
Florida Bar No. 0184111
Quinn B. Ritter
Florida Bar No. 1018135
KING, BLACKWELL, ZEHNDER &
WERMUTH, P.A.
25 E. Pine Street
Orlando, FL 32801
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

Matletha Bennette
Florida Bar No. 1003257
Krista Dolan
Florida Bar No. 1012147
SOUTHERN POVERTY LAW CENTER
P.O. Box 10788
Tallahassee, FL 32302-2788
Telephone: (850) 408-4840
Matletha.bennette@splcenter.org

Avner Shapiro
Bradley E. Heard
Nicholas Taichi Steiner
SOUTHERN POVERTY LAW CENTER
1101 17th St., NW, Ste 550
Washington, DC 20036
Avner.shapiro@splcenter.org
bradley.heard@splcenter.org
nick.steiner@splcenter.org

Ben Stafford
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
bstafford@elias.law

Harleen K. Gambhir
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Ste 400
Washington, DC 20001
Telephone: (202) 968-4490
hgambhir@elias.law
*Counsel for Plaintiffs-Appellees*
*Florida Decides Healthcare, Mitchell*
*Emerson, and Jordan Simmons*

6

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) as the motion contains 664 words. The motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(5) as it has been prepared in the proportionally spaced typeface of Times New Roman in 14-point font size.

*/s/ Brent Ferguson*
Brent Ferguson

# CERTIFICATE OF CONFERRAL

Pursuant to 11th Cir. R. 26-1 and 27-1(a)(5) below-signed counsel has consulted with counsel for each of the parties to this appeal, and each has represented the following positions on the instant motion: Defendant-Appellant Uthmeier has no objection to the requested relief. Defendant-Appellant Byrd and Defendant-Appellant RPOF take no position. No party has indicated they plan to file an objection.

*/s/ Brent Ferguson*
Brent Ferguson

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brent Ferguson*
Brent Ferguson