No. 25-12370-EE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Florida Decides Healthcare, Inc., et al.*,
Plaintiffs-Appellees,

v.

*Florida Secretary of State, et al.*,
Defendants-Appellants.

United States District Court for the Northern District of Florida, No. 4:25-cv-00211-MW-MAF (Walker, J.)

## DEFENDANTS-APPELLANTS FLORIDA SECRETARY OF STATE AND FLORIDA ATTORNEY GENERAL'S RESPONSE TO MOTION TO DISMISS APPEAL

William H. Stafford III
Sara E. Spears
COMPLEX LITIGATION DIVISION
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399
(850) 414-3785

*Counsel for Florida Attorney General*

Ashley E. Davis
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6531

Mohammad O. Jazil
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Florida Secretary of State*

*Florida Decides Healthcare, Inc., et al. v. Florida Secretary of State, et al.*

No. 25-12370-EE

## CERTIFICATE OF INTERESTED PERSONS AND
## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Eleventh Circuit Rule 26.1-2(c), Defendants-Appellants Florida

Secretary of State and Florida Attorney General certify that the Certificate of Interested

Persons filed by Plaintiffs-Appellees, ECF No. 139, is complete.

C-1 of C-1

## RESPONSE

Pursuant to the Court's order, ECF No. 147, Defendants-Appellants Florida Secretary of State and Florida Attorney General respond to Plaintiffs-Appellees' Motion to Dismiss Appeal filed May 21, 2026, ECF No. 139. Defendants-Appellants do not oppose the motion to dismiss the appeal. Defendants-Appellants agree that the final judgment on the merits by the district court mooted this appeal. *See, e.g., Upside Foods Inc. v. Comm'r, Fla. Dep't of Agric. & Consumer Servs.*, 171 F.4th 1239, 1247 (11th Cir. 2026) (citing *Harper ex rel. Harper v. Poway Unified School District*, 549 U.S. 1262, 1262 (2007), for the proposition that a preliminary injunction appeal becomes moot "if the district court enters final judgment granting or denying injunctive relief while the appeal is pending").

1

Dated: July 14, 2026

/s/ William H. Stafford III
William H. Stafford III (FBN 70394)
  SPECIAL COUNSEL
Sara E. Spears (FBN 1054270)
  ASSISTANT ATTORNEY GENERAL
COMPLEX LITIGATION DIVISION
OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399
(850) 414-3785
william.stafford@myfloridalegal.com
sara.spears@myfloridalegal.com
complexlitigation@myfloridalegal.com

*Counsel for Defendant-Appellant Florida
Attorney General*

Respectfully submitted,

Ashley E. Davis (FBN 48032)
  GENERAL COUNSEL
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6531
ashley.davis@dos.fl.gov

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
kgordon@holtzmanvogel.com

*Counsel for Defendant-Appellant Florida
Secretary of State*

2

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing contains 121 words and complies with the type-volume requirements of Federal Rule of Appellate Procedure 32 and Eleventh Circuit Rules 32-3 and 32-4.

Dated: July 14, 2026                    /s/ Mohammad O. Jazil
                                         Mohammad O. Jazil


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed on CM/ECF.

Dated: July 14, 2026                    /s/ Mohammad O. Jazil
                                         Mohammad O. Jazil

3